IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY, et al. | : |
| Plaintiff, | : |
| | : |
| vs. | : JFM 02 CV 3363 |
| | : |
| LVLX, INC., et al. | : |
| Defendants. | : |

## ORDER

Having considered defendants' motion for a more definite statement, and any opposition thereto, it is this 8th day of Jan, 2003, by the U.S. District Court of Maryland:

**ORDERED:** Defendants' Motion for a More Definite Statement is hereby granted and plaintiffs shall file with this Court and serve "Exhibit 1" on defendants by Jan 22, 2003.

_____
JUDGE, United States District Court of Maryland

Copies to:
  Gary M. Anderson, Esq.
  P.O. Box 975
  Laurel, MD 20707
  Telephone: 301-953-3101
  Facsimile: 301-540-5901
  Defendants' counsel

  Royal W. Craig, Esq.
  Deborah J. Westervelt, Esq.
  10 N. Calvert Street, Suite 153
  Baltimore, MD 21202.
  Telephone: 410-385-2383
  Facsimile: 410-385-2385
  Plaintiffs' counsel

