

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY, et al. | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | JFM 02 CV 3363 |
| | : | |
| LVL X, INC., et al. | : | |
| Defendants | : | |

# ORDER

Having considered defendant John Trouton's motion for leave to file his answer one day after the 01-07-2003 due date, and any opposition thereto, it is on the ___10th___ day of ___Jan___, 2003, by the United States District Court For The District of Maryland:

ORDERED: that defendant John Trouton's motion for leave to file his answer one day after the 01-07-2003 due date is hereby granted, and further, that defendant John Trouton's answer that he attached to his motion for leave shall be made part of the file in this case.

_____
JUDGE, United States District Court For The District of Maryland

Copies to:
    Gary M. Anderson, Esq.
    P.O. Box 975
    Laurel, MD 20707
    Telephone: 301-953-3101
    Facsimile: 301-540-5901
    Defense Counsel

    Royal W. Craig, Esq.
    Deborah J. Westervelt, Esq.
    10 North Calvert Street, Suite 153
    Baltimore, MD 21202.
    Telephone: 410-385-2383
    Facsimile: 410-385-2385
    Plaintiffs' Counsel

