```
                FILED
           U.S. DISTRICT COURT
           DISTRICT OF MARYLAND

           2003 JAN 22  P 3: 14

              AT BALTIMORE

              _____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL HACKLEY, et al.** | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | JFM 02 CV 3363 |
| | : | |
| **LVL X, INC., et al.** | : | |
| Defendants | : | |

## ORDER

Having considered counter-plaintiff and defendants' motion for leave to file their opposition to plaintiffs' motion to dismiss and to strike, and any opposition thereto, it is on the _____ day of _____, 2003, by the United States District Court for The District of Maryland:

ORDERED: counter-plaintiff and defendants' motion for leave to file their opposition to plaintiffs' motion to dismiss and to strike is hereby granted, and further, that their opposition that they attached thereto for leave shall be made part of the file in this case.

_____
JUDGE, United States District Court For The District of Maryland

