IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | * |
| V. | * |
| | *   CASE NO: JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC. AND JEFFREY WAY, | * |
| | * |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon review of Defendant Commercial Finish Group, Inc.'s Rule 26(a)(2) Disclosures Re: Experts and Motion to Extend Time To Disclose Opinion of Experts and any Opposition thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendant Commercial Finish Group, Inc.'s Motion to Extend Time to Disclose Opinion of Experts is **GRANTED**; and it is further

**ORDERED**, that Defendant Commercial Finish Group, Inc. shall have an extension of time of 30 days after the date on which Plaintiffs provide the information requested in discovery by Commercial Finish Group to produce the opinions of its expert witness or witnesses.

                                                          _____
                                                          JUDGE

cc:   Howard G. Goldberg
       Goldberg, Pike & Besche, P.C.
       101 N. Charles Street, 2nd Floor
       Baltimore, Maryland  21201

Royal W. Craig,
Law Offices of Royal W. Craig
10 North Calvert Street, Suite 153
Baltimore, Maryland 21202

Gary M. Anderson, Esquire
P.O. Box 975
Laurel, Maryland  20707