# RICHARD B. COOK, FAIA
Principal

## GENERAL

**Education:** University of Illinois
Bachelor of Architecture, 1962
Program of Instruction for Lawyers Negotiation Workshop, Harvard University

**License:** Architectural: California, Florida, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, New Jersey, New York, Ohio, Pennsylvania, Texas, and Wisconsin - NCARB Certificate

## PROFESSIONAL SERVICE:

**Chicago Chapter, American Institute of Architects (AIA)**
- President
- First Vice President
- Vice President
- Secretary
- 1992 World's Fair Review Committee, Member
- Nominating Committee, Chairman
- Quality Assurance Task Force, Member
- Student Affairs Committee, Member
- Logan Square Design Center, Member
- Office Practice Committee, Chairman

**Illinois Council, AIA**
- President
- Midwest Regional Conference, Co-Chairman
- Director
- Alternate Director
- Finance Committee, Member
- Nominating Committee, Member

**National, AIA**
- Director, Illinois Region
- Fellow, American Institute of Architects
- Minority Resources Committee, Commissioner
- Documents Committee, Chairman, International Documents
- AIA National Convention, Chairman
- Government Affairs Committee, Co-Chairman
- Architects Quality Government Fund, Chairman
- Practice Commission Member
- Grassroots 1983, Facilitator
- Grassroots, 1982, Facilitator
- Membership Services Task Force, Chairman

EXHIBIT 1

**RICHARD B. COOK, FAIA**

**Other Activities**
Handicapped Subcommittee of the Mayor's Commission on Building
  Code Amendments, City of Chicago - Chairman
Construction Industry Affairs Committee - Chairman and Member
Chicago Architectural Assistance Center - Director, Vice President, President
American Arbitration Association - Member
Chicago Chapter Foundation AIA - President
Lambda Alpha International - Member
Evanston Planning Committee – Member
  Economic Development Committee
  Parking Committee
AISC Committee on the Code of Standard Practice - Member
ABA Associate Member

**PROFESSIONAL ACTIVITIES:**

**Papers Presented and Instructional Presentations**
'New AIA Documents for the Millennium: The Impact of Recent Amendments
  CBA Real Property Law Committee, Chicago, Illinois
'Agency Status of Architect and Architect's Role in Construction Administration'
  for ABA Forum on the Construction Industry and the AIA at AIA Contract Documents:
    Generation Next, 1997
      Atlanta, Georgia; LaJolla, California
'Construction Management Versus Traditional Methods of Building'
  Chicago Association of Commerce and Industry - Chicago, Illinois
'Closeout Procedures'
  Mechanical Contractors Association - Chicago, Illinois
'Contract Closeout'
  The Art Institute of Chicago - Chicago, Illinois
'Marketing Architectural Services'
  University of Illinois - Chicago, Illinois
'Contract Post-Construction Phase'
  Chicago Chapter-American Institute of Architects - Chicago, Illinois
New AIA Documents Seminars
  Chicago and Springfield, Illinois; Laramie, Wyoming; Boulder, Colorado; Duluth and Minneapolis, Minnesota
'Working Out Conflicts with AIA General Conditions'
  International Council of Shopping Centers-CenterBuild Conference
    Ft. Lauderdale, Florida
'Shop Drawings, Incidental Contractor Design and Delegation of Design Responsibility'
  NSPE/PEPP - AIA-EJCDC Meeting
    St. Petersburg, Florida
'Architectural - Engineering Fee Budgeting'
  University of Illinois-Champaign, Illinois
'Critical Communication Issues'
'Managing Construction Cost'
  University of Wisconsin Extension-Madison, Wisconsin
'Effective Project Management for Building Design and Construction'
  University of Wisconsin Extension-Madison, Wisconsin

STOWELL COOK FROLICHSTEIN INC ARCHITECTS

## RICHARD B. COOK, FAIA

### Publications
'AIA Contract Documentation for Store Planning and Construction'
   Published in Retail Store Planning & Design Manual by John Wiley, 1995
'Overview of the Coordination of Documents Between Store Planner and Architect'
   Published in Retail Store Planning and Design Manual National Retail Merchant Association, 1986

## EXPERIENCE

**Stowell Cook Frolichstein, Inc. - Chicago, Illinois**
**President**

**Projects:**

Yorktown Theatres
Lombard, Illinois

Countryside Mall
Clearwater, Florida

Orange Park Mall
Orange Park, Florida

Trinity Evangelical Divinity School
Rolfing Library Addition and Renovation
International Center
Deerfield, Illinois

United States Postal Service
Renovation to Main Branch, Chicago, Illinois

Chicago Place Retail Tenant Development
Chicago, Illinois

Gurnee Mills Shopping Center Tenant Development
Gurnee, Illinois

Krasnow Independent Living Residence
Skokie, Illinois

J. C. Penney Store
Vernon Hills, Illinois

Gayfers Department Stores
Orange Park, Florida
Daytona Beach, Florida

MainStreet Square Shopping Center
Downers Grove, Illinois

Chicago Board of Education
Trainable Mentally Handicapped Facility
Chicago, Illinois

**RICHARD B. COOK, FAIA**

        Walgreen Drug Stores - Nationwide

        Expert Witness for over 20 years on
        legal matters in over 30 cases for both defendants and plaintiffs

**Orput Associates, Inc. - Wilmette, Illinois**
**President**

**Projects:**     Kenosha County Public Safety Building
        Kenosha, Wisconsin

        Burnham Terrace Apartments for the Elderly
        Rockford, Illinois

        Garrett-Evangelical Seminary Library
        Addition and Renovation
        Evanston, Illinois

        Elmhurst Public Library Addition
        Elmhurst, Illinois

        Department of Navy, 270 Apartment Building Renovation
        Great Lakes, Illinois

        Hickory Hills Municipal Building
        Hickory Hills, Illinois

        The University of Chicago
        Medical Computer Information System
        Chicago, Illinois

        School Projects
        Over 25 school projects for various Districts

**Metz Train Olson & Youngren, Inc. - Chicago, Illinois**
**Associate**

**Projects:**     Offices and Computer Center
        Lumbermen's Mutual Casualty Company
        Long Grove, Illinois

        Safeguards Analytical Laboratory Building 350
        Argonne National Laboratory
        Argonne, Illinois

        Cancer Virus Research Laboratory
        The University of Chicago
        Chicago, Illinois

**RICHARD B. COOK, FAIA**

        John Hope Middle School
        Public Building Commission
        Chicago, Illinois

        Numerous large and small remodeling projects

<u>**I. W. Coburn & Associates - Chicago, Illinois**</u>
**Associate**

**Projects:**        The Geophysical Science Building
        The University of Chicago, Chicago, Illinois

        The Cathedral of Christ the King
        Diocese of Western Michigan of the Episcopal Church
        Kalamazoo, Michigan

        R. Crosby Kemper, Jr. Residence
        Kansas City, Missouri

        Dormitory Complex with Dining Facilities
        Bryn Mawr College, Pennsylvania

        Laboratory and Office Building
        Standard"T" Chemical Company, Lisle, Illinois

        Temple Jeremiah, Northbrook, Illinois

<u>**Ulrich Franzen & Associates - New York, New York**</u>
**Intern Architect**

**Projects:**        The Agronomy Building, Cornell University
        Ithaca, New York

        Growth Chambers Laboratory, Cornell University
        Ithaca, New York

        M. V. R. Hall, Cornell University
        Ithaca, New York

BROWN CRAIG FROLICH SAGIN INC ARCHITECTS

**Skidmore, Owings & Merrill - Chicago, Illinois**
**Intern Architect**

Projects:	Lake Forest Academy, Dormitory Complex
	Lake Forest, Illinois

	Enrico Fermi Laboratory
	The University of Chicago, Chicago, Illinois

	Computer Center, Northwestern University
	Evanston, Illinois

	Chicago Circle Campus Walkway
	University of Illinois, Chicago, Illinois

# RETAIL/COMMERCIAL

| PROJECT | SCOPE | COST |
|---|---|---|
| **Dominick's** <br> Buffalo Grove, Illinois | 65,200 square foot new food fresh field food store on the site of a former demolished food store. The shopping center will be updated | $ 5,000,000 |
| **Dominick's** <br> Lake Zurich, Illinois | 78,000 square foot four wall renovation of an existing food store in an existing shopping center | $ 1,200,000 |
| **J. C. Penney Store** <br> Hawthorn Shopping Center <br> Vernon Hills, Illinois | 150,000 square foot new two-level department store constructed adjacent to existing mall building | $ 18,000,000 |
| **Countryside Mall** <br> Clearwater, Florida | Major interior renovation of 1.5 million square foot mall including the addition of a 500 seat Food Court | $ 6,000,000 |
| **Orange Park Mall** <br> Orange Park, Florida | Major interior renovation of 1 million square foot mall including a 400 seat Food Court | $ 10,000,000 |
| **Gayfer's Department Store** <br> Volusia Mall <br> Daytona Beach, Florida | 100,000 square foot total renovation including store planning and interior architecture | $ 700,000 |
| **Gayfer's Department Store** <br> Orange Park Mall <br> Orange Park, Florida | 100,000 square foot total renovation including store planning and interior architecture | $ 300,000 |
| **Kmart Renovation and Building Expansion** <br> Sheboygan, Wisconsin <br> Oak Lawn, Illinois <br> Dolton, Illinois | 10,000 square foot addition including an enclosed garden shop, new storefront and new eatery | $ 4,500,000 |
| **Park Center Plaza** <br> Tinley Park, Illinois | 191,000 square foot shopping center in Chicago suburban area | $ 3,900,000 |
| **Wilshire Plaza** <br> Mishawaka, Indiana | Phased development of 70 acre site for three major tenants and several small tenants totaling 324,400 square feet | $ 3,400,000 |
| **Indian Ridge Shopping Center** <br> Mishawaka, Indiana | 354,000 square foot new strip shopping center in suburb of South Bend, IN | $ 5,000,000 |
| **The Foundry** <br> Chicago, Illinois | 35,000 square foot new strip center on Clybourn Corridor | $ 1,050,000 |

| PROJECT | SCOPE | COST |
|---|---|---|
| **Touhy & Kedzie**<br>Chicago, Illinois | 64,000 square foot Wickes anchored shopping center | $ 3,500,000 |
| **Mainstreet Square**<br>Downers Grove, Illinois | 61,600 square foot shopping center including 659 car parking | $ 2,226,000 |
| **Wilmette Commons**<br>Wilmette, Illinois | 30,000 square foot community shopping center | $ 1,250,000 |
| **Tinley Park Plaza**<br>Tinley Park, Illinois | 132,000 square foot renovation and 17,500 square foot addition to community shopping center | $ 4,000,000 |
| **Osco Drug Store**<br>Chicago, Illinois | Six new and renovated stores. Developed prototype building | $ 1,000,000 |
| **Westbend Mall**<br>Westbend, Wisconsin | 20,000 square foot J. C. Penney addition to an existing mall | $   800,000 |
| **Dominick's Finer Foods**<br>Chicago, Illinois | Four new 76,000+ square foot stores | $ 2,000,000 |
| **Walgreen Drug Stores**<br>Midwest and South | Thirty-two new and renovated stores | $ 6,100,000 |
| **Mainstreet Store**<br>Calumet City, Illinois | Conversion and renovation of Chicago area store | $ 2,500,000 |
| **Golf-Milwaukee Plaza**<br>Niles, Illinois | <Phase I: Conversion of former supermarket into 172,000 square foot shopping center | $   700,000 |
| | <Phase II: 17,000 square foot addition and freestanding buildings | $ 2,900,000 |
| **Fretter Square**<br>Melrose Park, Illinois | 46,000 square foot shopping center in suburban Chicago | $ 1,600,000 |
| **Westview Center Commons**<br>Downers Grove, Illinois | 29,000 square foot shopping center | $ 1,200,000 |
| **Harlem Dempster**<br>Morton Grove, Illinois | 30,000 square foot shopping center | $ 1,600,000 |
| **Marquette Mall**<br>Michigan City, Indiana | <Remodeling of existing space into Food Court | $   400,000 |
| | <Redesign and renovation of regional mall in nine-month period | $2,500,000 |

| PROJECT | SCOPE | COST |
|---|---|---|
| **Service Merchandise**<br>Illinois | Two new regional retail stores | $ 1,500,000 |
| **Florsheim Shoe Shops**<br>California | Two stores in southern California at Montclaire Plaza | $ 500,000 |
| **Hyde Park Corner**<br>Chicago, Illinois | 8,000 square foot retail building at 53rd and Harper | $ 500,000 |
| **Glendale Center**<br>Indianapolis, Indiana | Major remodeling of a regional shopping center executed in three Phases | $ 4,000,000 |
| **Woodmar Shopping Center**<br>Hammond, Indiana | <Remodel existing site into Food Court<br><Remodel site-exterior and interior<br><Addition to Mall | $ 400,000<br>$ 700,000<br>$ 400,000 |
| **Eckerd Drugs**<br>Clearwater, Florida | Two drug stores in the southern United States | $ 1,200,000 |
| **Gurnee Mills Shopping Center**<br>Gurnee, Illinois | Tenant development of 2,000,000 square foot shopping center | $ 80,000,000 |
| **Chicago Place**<br>Chicago, Illinois | Tenant development of 320,000 square foot, eight story mall | $ 53,000,000 |
| **Market Place Shopping Center**<br>Champaign, Illinois | <100,000 square foot strip shopping center and site for Kohl's Store<br><Phase I: 150,000 square foot Sears store and 155,000 square foot Bergner Store<br><Phase II: 2-story 158,000 square foot store for J. C. Penney<br><300,000 square foot renovation and addition of 150 acre shopping mall including sitework | $ 1,200,000<br><br>$ 18,000,000<br><br><br>$ 6,000,000<br><br>$ 10,000,000 |
| **Tradewinds Shopping Center**<br>Hanover Park, Illinois | Two phases that included 200,000 square foot renovation, canopy renovation and 13,500 square foot addition | $ 700,000 |
| **Kimbark Plaza**<br>Chicago, Illinois | Remodel of urban strip shopping center | $ 300,000 |
| **University of Illinois**<br>**Circle Center Bookstore**<br>Chicago, Illinois | Bookstore expansion and new book facility | $ 100,000 |
| **Peru Mall**<br>Peru, Illinois | 67,000 square foot J. C. Penney and an addition to the Mall | $ 4,500,000 |

| PROJECT | SCOPE | COST |
|---|---|---|
| **Hawthorn Center** <br> Vernon Hills, Illinois | Design study for 1,400,000 square foot interior renovation to regional mall | $ 3,900,000 |
| **Bonwitt Teller** <br> Chicago, Illinois | 72,000 square foot interior renovation and fixturing | $ 3,400,000 |
| **PharMor** <br> Midwest | Five renovations of and additions to existing buildings | $ 5,000,000 |
| **BIG Kmart** <br> Huntley, Illinois | Big Kmart 117,000 square feet with garden area and eatery | $12,000,000.00 |
| **CVS** | Two new drugstores in urban area. | $2,000,000.00 |