IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | * |
| V. | * CASE NO: JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC. AND JEFFREY WAY, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE WITHDRAWING DEFENDANT'S RULE 26(a)(2) DISCLOSURES
RE: EXPERTS AND MOTION TO EXTEND TIME TO
<u>DISCLOSE OPINION OF EXPERTS</u>**

Commercial Finish Group, Inc., one of the defendants, by Howard G. Goldberg and Goldberg, Pike & Besche, P.C., its attorneys, hereby submits this Line Withdrawing Defendant's Rule 26(a)(2) Disclosures Re: Experts and Motion to Extend Time to Disclose Opinion of Experts and for reasons therefor says:

1.  It has come to the attention of counsel for Commercial Finish Group, Inc., that by letter dated December 31, 2002, this Court approved a Joint Scheduling Report filed on December 26, 2002 by counsel for plaintiffs and for defendants LVLX, Inc., John Lee, and Jeffrey Way.

2.  The Court stated in its letter that "[t]he proposed amendments to the dates set forth in the Scheduling Order are approved."

3.  The approved amendments included the date of May 12, 2003 for defendant's Rule 26(a)(2) Disclosures Re: Experts. Therefore, Commercial Finish Group, Inc., hereby withdraws its Rule 26(a)(2) Disclosures Re: Experts

and Motion to Extend Time To Disclose Opinion of Experts and will refile its Rule 26(a)(2) Disclosures Re: Experts by the approved date of May 12, 2003.

_____
Howard G. Goldberg, Esquire
Federal Bar No.: 01210
Goldberg, Pike & Besche, P.C.
101 N. Charles Street
Baltimore, Maryland 21201
(410) 539-1004
(410) 539-2392 (fax)
Counsel for Defendant Commercial Finish Group, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of March, 2003, a copy of the foregoing was served electronically and via facsimile, and mailed, postage prepaid, to: Royal W. Craig, Law Offices of Royal W. Craig, 10 North Calvert Street, Suite 153, Baltimore, Maryland 21202, attorney for Plaintiffs and Gary M. Anderson, Esquire, P.O. Box 975, Laurel, Maryland 20707, counsel for Defendants LVLX, Inc., John Lee and Jeffrey Way.

_____
Howard G. Goldberg, Esquire

Co-Counsel:
LELAND C. DE LA GARZA
TEXAS STATE BAR NO. 05646600
DE LA GARZA & WALLACE, P.C.
350 N. St. Paul, Suite 2650
Dallas, Texas 75201
(214) 855-5020; (214) 855-5012 (fax)