IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, | * | |
| | * | |
| v. | * | Civil No. JFM-02-3363 |
| | * | |
| LVLX, INC., ET AL. | * | |

\*\*\*\*\*

ORDER

Upon consideration of plaintiff's motion to dismiss defendants' counterclaims and to strike defendants' affirmative defenses, it is, this 18th day of March 2003

ORDERED

1. Plaintiff's motion to dismiss the counterclaims is denied as moot in light of defendants' voluntary dismissal of those counterclaims; and

2. Plaintiff's motion to strike defendants' affirmative defenses asserting fraud is granted, provided, however, defendants are granted leave to file an amended answer asserting these affirmative defenses on or before April 2, 2003.

/s/
J. Frederick Motz
United States District Judge