Howard G. Goldberg
Direct Dial 410-468-1360
hgoldberg@gpblawfirm.com

March 21, 2003

**VIA ELECTRONIC FILING AND HAND-DELIVERY**
The Honorable J. Frederick Motz
United States District Court for the
 District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

Re: *Michael Hackley Architects, P.C. and Michael Hackley v. LVLX, Inc., et al.*.
Case No.: *JFM 02 CV 3363*

Dear Judge Motz:

We represent Commercial Finish Group, Inc., one of the defendants, in the case referenced above.  Your Order dated March 18, 2003 went beyond the pleadings by referring to "defendants" in the plural instead of referring specifically to the defendants LVLX, Inc., John Lee, and Jeffrey Way, who were the object of plaintiffs' motion to dismiss counterclaims and to strike affirmative defenses.

Commercial Finish Group, Inc. filed separate defenses, and no motion to strike was ever directed at Commercial Finish Group, Inc.'s defenses.

Would you please modify your Order to reflect that the affirmative defenses asserting fraud that are being stricken are those of LVLX, Inc., John Lee, and Jeffrey Way.  If you would prefer that we file a motion for clarification and/or modification, we would be happy to do so.

Thank you for your consideration and attention to this matter.

Very truly yours,

Howard G. Goldberg

HGG:mld
cc:   Deborah Westervelt, Esq.
      Christopher M. Johns, Esq.
      Gary M. Anderson, Esq.
      Leland C. de la Garza, Esq.