IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| Plaintiffs, | * |
| V. | * |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC. AND JEFFREY WAY, | * CASE NO: JFM 02 CV 3363 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2003, copies of Defendant Commercial Finish Group, Inc.'s Response to Plaintiffs' First Set of Interrogatories and Response to Plaintiffs' First Request for Production of Documents and Things were mailed, first-class, postage prepaid along with a copy of this Notice of Service which was mailed, first-class, postage prepaid and filed electronically on the 21st day of March, 2003, to: Deborah J. Westervelt, Esquire, Royal W. Craig, Esquire, Law Offices of Royal W. Craig, 10 North Calvert Street, Suite 153, Baltimore, Maryland 21202, Gary M. Anderson, Esquire, P.O. Box 975, Laurel, Maryland 20707, Christopher M. Johns, Esquire, P.O. Box 975, Laurel, Maryland 20707.

_____
Howard G. Goldberg, Esquire
Federal Bar No.: 01210
Goldberg, Pike & Besche, P.C.
101 N. Charles Street
Baltimore, Maryland 21201
Counsel for Commercial Finish Group, Inc.

Co-Counsel:
LELAND C. DE LA GARZA
TEXAS STATE BAR NO. 05646600
DE LA GARZA & WALLACE, P.C.
350 N. St. Paul, Suite 2650
Dallas, Texas 75201
(214) 855-5020; (214) 855-5012 (fax)

Case 1:02-cv-03363-JFM   Document 32   Filed 03/21/2003   Page 2 of 2