**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | * |
| V. | * |
| | *     CASE NO: JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC. AND JEFFREY WAY, | * |
| | * |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Dear Clerk:

Please enter my appearance in the above-captioned case as additional counsel for defendant Commercial Finish Group, Inc. Thank you for your assistance.

Respectfully submitted,

_____
Betty S. Diener, Esq.
Bar No. 25125
Goldberg, Pike & Besche, P.C.
101 North Charles Street, 2nd Floor
Baltimore, Maryland 21201
Telephone: (410) 539-1004
Facsimile: (410) 539-2392

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2003, a copy of the foregoing Notice of Appearance of Additional Counsel, which was electronically filed in this case on the 21st day of March, 2003, was mailed via first-class mail, postage prepaid, to:

>Royal W. Craig, Esq.
>Deborah J. Westervelt, Esq.
>Law Offices of Royal W. Craig
>10 North Calvert Street, Suite 153
>Baltimore, Maryland 21202
>
>Gary M. Anderson, Esq.
>P.O. Box 975
>Laurel, Maryland  20707
>
>Christopher M. Johns, Esq.
>Christopher M. Johns LLC
>P.O. Box 975
>Laurel, Maryland 20707

>_____
>Betty S. Diener, Esq.
>Bar No. 25125
>Goldberg, Pike & Besche, P.C.
>101 North Charles Street, 2nd Floor
>Baltimore, Maryland 21201
>Telephone: (410) 539-1004
>Facsimile: (410) 539-2392

Co-Counsel:
LELAND C. DE LA GARZA
TEXAS STATE BAR NO. 05646600
DE LA GARZA & WALLACE, P.C.
350 N. St. Paul, Suite 2650
Dallas, Texas 75201
(214) 855-5020; (214) 855-5012 (fax)