**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


MICHAEL HACKLEY ARCHITECTS,    *
P.C. AND MICHAEL HACKLEY,
                               *
     Plaintiffs,
                               *
V.
                               *    CASE NO:  JFM 02 CV 3363
LVLX, INC., JOHN LEE,
COMMERCIAL FINISH GROUP,       *
INC., JEFFREY WAY, AND
JOHN C. TROUTON                *

     Defendants.               *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**JOINT RESPONSE TO COURT'S REQUEST FOR**
**ESTIMATED DEPOSITION HOURS FOR FACT WITNESSES**


     The parties to this action, by their undersigned attorneys, have conferred regarding the

estimated hours needed for depositions of fact witnesses, pursuant to the Court's request at the

Motion Hearing of March 14, 2003.  Accordingly, the estimated deposition hours are as follows:

For the plaintiffs:                          30 hours

For defendant Commercial Finish Group, Inc.:  20 hours

For defendants John Lee, LVL X, Inc.          24 hours

For defendant Jeffrey Way:                    6 hours

Respectfully submitted,


__/s/_____
Royal W. Craig
Deborah J. Westervelt
The Law Offices of Royal Craig
10 North Calvert Street, Suite 153
Baltimore, Maryland 21202
(410)385-2383
Counsel for Plaintiffs


_____
Howard G. Goldberg
Betty Sue Diener
Goldberg, Pike & Besche, P.C.
101 N. Charles Street
Baltimore, Maryland 21201
(410)539-1004
Counsel for Defendant Commercial Finish Group, Inc.


_____
Leland C. de la Garza
De la Garza & Wallace, P.C.
350 N. St. Paul, Suite 2560
Dallas, Texas 75201
Counsel for Defendant Commercial Finish Group, Inc.


_____
Christopher M. Johns
P.O. Box 975
Laurel, Maryland 20707
(301)540-5901
Counsel for Defendants John Lee, LVL X, Inc., and Jeffrey Way