IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY ARCHITECTS, et al.    :
                                       :
        Plaintiff                      :
                                       :
v.                                     :
                                       :   JFM- 02-CV-3363
                                       :
LVLX, INC., et al.                     :
                                       :
        Defendants                     :

### PRAECIPE – APPEARANCE OF COUNSEL

COMES NOW Defendant John S. Trouton, by counsel, LEE & McSHANE, P.C., and respectfully requests the following:

Please enter the appearance of the firm of LEE & McSHANE, P.C. and of Terrence M. McShane and Arthur T. K. Norris as counsel for Defendant John S. Trouton. Christopher M. Johns, Esquire intends to seek leave to withdraw as counsel for Defendant John S. Trouton.

Respectfully submitted,

LEE & MCSHANE, PC

By: _____
Terrence M. McShane, #09634
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
Tel: (202) 530-8100
Fax: (202) 530-0204

By: _____
Arthur T. K. Norris, #14951
1211 Connecticut Avenue, N.W.
Suite 425

S:\022\03\va005\030321-CT-02.doc

Washington, D.C. 20036<br>
Tel: (202) 530-8100<br>
Fax: (202) 530-0402<br>
Counsel for Defendant John S. Trouton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Praecipe was served by first-class mail, postage prepaid on this 21st day of March, 2003, to:

Royal W. Craig, Esquire
Deborah J. Westervelt, Esquire
Law Offices of Royal W. Craig, P.C.
10 North Calvert Street, Suite 153
Baltimore, Maryland 21202

Gary M. Anderson, Esquire
416 Main Street, Suite 201
Laurel, Maryland 20707

Christopher M. Johns, Esquire
18961 Highstream Drive
Germantown, Maryland 20873

Howard G. Goldberg, Esquire
Betty Sue Diener, Esquire
Goldberg Pike and Besche, P.C.
101 N. Charles Street, 2nd Floor
Baltimore, Maryland 21201

*Terrence M. McShane*
Terrence M. McShane, Esquire