IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY ARCHITECTS,   *
                                        *
    v.                                *   Civil No. JFM-02-3363
                                        *
LVLX, INC., ET AL.               *
                                      *****

## AMENDED ORDER

     At the request of counsel for defendant Commercial Finish Group, Inc., the order entered herein on March 18, 2003 (document number 30) is amended to reflect that the affirmative defenses asserting fraud that are being stricken in paragraph 2 are the affirmative defenses filed by LVLX, INC., John Lee, and Jeffrey Way, and not by Commercial Finish Group, Inc.


Date: March 24, 2003        /s/
                                      J. Frederick Motz
                                      United States District Judge