# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * | |
| | * | |
| Plaintiffs, | * | |
| V. | * | CASE NO: JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN C. TROUTON | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SERVICE

I HEREBY CERTIFY that true and correct copies of ***Plaintiffs' Responses to Defendant LVL X, Inc.'s First Set of Interrogatories to Plaintiffs, and Plaintiffs' Responses to Defendant LVL X, Inc.'s First Request for Production of Documents and Things to Plaintiffs, as well as this Notice of Service*** were furnished this 26th day of March, 2003, via First Class Mail, postage prepaid, to the following addressees: Howard G. Goldberg, Esquire, Goldberg, Pike & Besche, P.C., 101 North Charles Street, Baltimore, Maryland 21201; Leland de la Garza, Esq., De la Garza & Wallace, P.C., 350 North St. Paul Street, Suite 2650, Dallas, Texas 75201; Terrence Lee McShane, Lee & McShane, P.C., 1211 Connecticut Avenue N.W., Suite 425, Washington, D.C. 20036; and by hand delivery to Christopher Johns, Esq., P.O. Box 975, Laurel, MD 20707.

                                              Counsel for Plaintiffs, Michael Hackley
                                              and Michael Hackley Architects, P.C.

                                              /s/_____
                                            Deborah J. Westervelt
                                            Federal Bar No. 26,282
                                            Law Offices of Royal W. Craig
                                            10 North Calvert Street, Suite 153
                                            Baltimore, Maryland 21202