IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | |
| | * |
| V. | |
| | *   CASE NO: JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON | * |
| | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO EXTEND TIME TO DISCLOSE OPINION OF EXPERT WITNESS

Plaintiffs Michael Hackley and Michael Hackley Architects, P.C. hereby request an extension of time for filing their Rule 26(a)(2) Expert Witness Disclosure pursuant to the revised scheduling Order of December 31, 2002. In support of this Motion, Plaintiffs state as follows:

1. At trial in the above-captioned matter, Plaintiffs will call Bruno Vaughn Reich as an expert in this case.

2. Mr. Reich is currently traveling for business and is unable to finalize his report.

3. Therefore, Plaintiffs request an additional two weeks to April 24, 2003 for Mr. Reich to finalize his report.

WHEREFORE, Plaintiffs Michael Hackley and Michael Hackley Architects, P.C. respectfully request that this Court grant their Motion to Extend Time to Disclose Opinion of Expert Witness by two weeks to April 24, 2003 so that Plaintiffs' Expert Witness can finalize his report.

Respectfully submitted,

Attorneys for Plaintiffs Michael Hackley and Michael Hackley Architects, P.C.

\_\_/s/_____
Deborah J, Westervelt; Fed Bar. No. 26,282
Royal W. Craig, Fed.Bar No. 24,546
The Law Offices of Royal Craig, P.C.
10 North Calvert Street, Suite
Baltimore, Maryland 21202
(410)385-2383
Facsimile: (410)385-2385

Dated: April 10, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY,** | * |
| | * |
| **Plaintiffs,** | |
| | * |
| V. | |
| | *   **CASE NO: JFM 02 CV 3363** |
| **LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON** | * |
| | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiffs Michael Hackley and Michael Hackley Architects, P.C., having appeared and filed their Motion To Extend Time to Disclose Opinion of Expert Witness, it is now

ORDERED that Plaintiffs Michael Hackley and Michael Hackley Architects, P.C. shall have an extension of two weeks to April 24, 2003 to produce their expert witness opinion.

_____
Judge J. Frederick Motz
United States District Judge

cc.  Deborah J. Westervelt            Howard G. Goldberg
     Royal W. Craig                   Betty Sue Diener
     The Law Offices of Royal Craig   Goldberg, Pike & Besche, P.C.
     10 North Calvert Street, Suite 153  101 N. Charles Street, 2nd Floor
     Baltimore, Maryland 21202        Baltimore, Maryland 21201
     dwestervelt@patent-law.org       bdiener@gpblawfirm.com
                                      hgoldberg@gpblawfirm.com

     Christopher Johns                Terrence McShane
     P.O. Box 975                     Lee & McShane, P.C.
     Laurel, Maryland 20707           1211 Connecticut Ave. N.W.
     cmj@comcast.net                  Washington, D.C. 20036
                                      TMM@lee-mcshane.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of *Plaintiff's Motion To Extend Time To Disclose Opinion Of Expert Witness* was furnished electronically this 10 day of April, 2003, to the following addressees:

Christopher Johns, Esq.
P.O. Box 975
Laurel, MD 20707

Howard G. Goldberg, Esq.
Goldberg, Pike & Besche, P.C.
101 North Charles Street
Baltimore Maryland 21201

Terrence Mc. Shane, Esq.
Lee & McShane, P.C.
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

And by First Class mail, postage prepaid to:

Leland de la Garza, Esq.
De la Garza & Wallace, P.C.
350 North St. Paul Street, Suite 2650
Dallas, Texas 75201

                                                __/s/_____
                                                Deborah J. Westervelt
                                                The Law Offices of Royal Craig
                                                10 North Calvert Street
                                                Suite 153
                                                Baltimore, Maryland 21202
                                                410.385.2383
                                                410.385.2385 (facsimile)