UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk   Reply to Northern Division Address

2003 APR 6  A 8: 22

BALTIMORE

_____ DEPU

April 14, 2003

Christopher M. Johns, Esquire
PO Box 97
Laurel, MD 20707

Re: Case No. JFM-02-3363

Dear Counsel/Party

The Clerk received your Amended Answers to Complaint on April 2, 2003 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
Member of Bar of this Court has not signed pleading.
Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served
Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
Discovery motions, responses and replies to motions must be filed with original and two copies.
Depositions not to be filed unless in support of a motion.
Discovery material received.
Motion to Compel filed - not in accordance with Local Rule 104.8.
Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
Certificate of Service not affixed to pleading.
Certificate of Service not dated.
Certificate of Service not signed.
Attachments or exhibits missing.
Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
Pleading does not contain original signature(s).
Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
Incorrect caption or civil action number. Unable to match with case.
Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
X Pleading or paper must be filed electronically.
X Other.  ECF/ Warning Letter mailed 3/14/03          To Mr. Johns

Very truly yours,

/s/ /J. Frederick Motz/
J. Frederick Motz
United States District Judge
Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter