# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C., : <br> MICHAEL HACKLEY, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LVLX, INC., JOHN LEE, COMMERCIAL : <br> FINISH GROUP, INC., JEFFREY WAY AND : <br> JOHN S. TROUTON, : <br> : <br> Defendants. : | Case No.: JFM- 02-CV-3363 |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 5th day of May, 2003 I served on all counsel or pro se parties hereto Defendant John S. Trouton's Answers to Interrogatories and Defendant John S. Trouton's Response to Request for Production of Documents and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                                  Respectfully submitted,

                                                  LEE & MCSHANE, PC

                        By:      /s/ Terrence M. McShane
                                Terrence M. McShane, Fed #09634
                                1211 Connecticut Avenue
                                Suite 425
                                Washington, D.C. 20036
                                (202) 530-8100

                                Counsel for John S. Trouton

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certificate Regarding Discovery was mailed, postage pre-paid, on this 5th day of May, 2003 to:

Royal W. Craig, Esquire
The Law Offices of Royal W. Craig, P.C.
10 North Calvert Street, Suite 153
Baltimore, Maryland  21202

Christopher M. Johns, Esquire
P.O. Box 975
Laurel, Maryland  20707

Gary M. Anderson
416 Main Street
Suite 201
Laurel, MD  20707

Howard G. Goldberg
Betty Sue Diener
Goldberg, Pike and Besche, P.C.
101 N. Charles Street
Second Floor
Baltimore, MD  21201


     /s/ Terrence M. McShane
    Terrence M. McShane