IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * | |
| | * | |
| Plaintiffs, | * | |
| V. | * | |
| LVL X, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON, | * | CASE NO:   JFM 02 CV 3363 |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SERVICEOF DISCOVERY

**I HEREBY CERTIFY** that on this 5 day of May, 2003, copies of Plaintiffs' Michael Hackley and Michael Hackley Architects, P.C.'s Notice of Deposition to Custodian of Records, The Prince George's County Government, Department of Environmental Resources, Permits & Review Division and Subpoena were mailed, first-class, postage prepaid, to each of the following addressees:

Gary M. Anderson
P.O. Box 975
Laurel, MD 20707

Christopher M. Johns
P.O. Box 975
Laurel, MD 20707

Terrence M. McShane
Arthur T.K. Norris
Lee & McShane, P.C.
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

| | |
|---|---|
| Howard G.Goldberg | Leland de la Garza |
| Betty Sue Diener | De la Garza & Wallace, P.C. |
| Goldberg, Pike & Besche | 350 N. St. Paul, Suite 2650 |
| 101 North Charles Street | Dallas, Texas 75201 |
| Second Floor | |
| Baltimore, Maryland 21201 | |

ATTORNEY FOR PLAINTIFF

__/s/_____
Deborah J. Westervelt
Law Offices of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, Md 21202
Tel 410.385.2383
Fax 410.385.2385