IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECHTS, P.C., MICHAEL HACKLEY,** * | |
| * | |
| Plaintiffs | |
| * | |
| v. | CASE NO: |
| * | |
| | JFM-02-3363 |
| **LVLX, INC., JOHN LEE, COMMERICAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN S. TROUTON** * | |
| * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT JOHN TROUTON'S MOTION TO EXTEND
TIME FOR DISCLOSURE OF EXPERTS**

Defendant John Trouton, by and through counsel, Lee & McShane, PC, hereby requests an extension of time for filing their Rule 26(a)(2) Expert Witness Disclosure pursuant to the revised scheduling Order of December 31, 2002. In support of this Motion, Defendant states:

1. Lee & McShane was recently acquired as new counsel to the Defendant in this case and entered an appearance on March 21, 2003.

2. Therefore, Defendant requests an additional two weeks, to May 27, 2003 to disclose an expert witness. Please note, two weeks is actually Monday, May 26, 2003, which is a holiday.

WHEREFORE, Defendant John Trouton respectfully requests that this Court grant his Motion to Extend Time for Disclosure of Experts by two weeks to May 27, 2003 so that Defendant may obtain an expert.

Respectfully submitted,

By: \_\_\_\_\_/s/_____
Terrence M. McShane, Esq. Fed # 09634
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
Counsel for John S. Trouton

Dated: May 9, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECHTS, P.C.,** * <br> **MICHAEL HACKLEY,** <br>  * <br> Plaintiffs <br>  * <br> v.      CASE NO: <br>  * <br>      JFM-02-3363 <br> **LVLX, INC., JOHN LEE, COMMERICAL** * <br> **FINISH GROUP, INC., JEFFREY WAY,** <br> **AND JOHN S. TROUTON** * <br>  <br> Defendants   * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Defendant John Trouton, having filed their Motion to Extend Time for Disclosure of Experts, it is now

ORDERED that Defendant John Trouton shall have an extension of two weeks to May 27, 2003 to disclose their expert.

_____
Judge J. Frederick Motz
United States District Judge

cc:

Royal W. Craig, Esq.
Deborah J. Westervelt, Esq.
Law Office of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, MD 21202
dwestervelt@patent-law.org

Gary M. Anderson, Esq.
416 Main Street
Suite 201
Laurel, MD 20707

Christopher Johns
PO Box 975
Laurel, MD 20707
cmj@comcast.net

Howard G. Goldberg
Betty Sue Diener
Goldberg, Pike & Besche, PC
101 N. Charles Street, 2nd Floor
Baltimore, MD 21201
bdiener@gpblawfirm.com
hgoldberg@gpblawfirm.com

Terrence M. McShane
Lee & McShane, PC
1211 Connecticut Ave, NW
Suite 425
Washington, DC 20036
tmm@lee-mcshane.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Time for Disclosure of Experts was mailed, postage pre-paid, on this 9th day of May, 2002 to:

Royal W. Craig, Esq.
Deborah J. Westervelt, Esq.
Law Office of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, MD 21202

Gary M. Anderson, Esq.
416 Main Street
Suite 201
Laurel, MD 20707

Christopher M. Johns, Esq.
Christopher M Johns LLC
PO Box 975
Laurel, MD 20707

Howard G. Goldberg, Esq.
Betty Sue Diener, Esq.
Goldberg Pike and Besche PC
101 N. Charles Street
Second Floor
Baltimore, MD 21201

                                  __/s/_____
                                  Terrence M. McShane, Esq.