IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY,** | * |
| | * |
| Plaintiffs, | |
| | * |
| V. | |
| | *   **CASE NO: JFM 02 CV 3363** |
| **LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON** | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED MOTION TO DISMISS AGAINST DEFENDANT COMMERCIAL FINISH GROUP, INC.

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, by their undersigned attorneys, and Defendant Commercial Finish Group, Inc., by its undersigned attorneys, collectively submit this stipulated Motion To Dismiss with prejudice all claims asserted against Commercial Finish Group in this litigation. Such dismissal of all claims against Commercial Finish Group, Inc. is without prejudice to claims against the other defendants in the above-captioned action. Plaintiffs and Defendant Commercial Finish Group, Inc. have negotiated and fully executed a voluntary settlement agreement and compromise of the claims between Plaintiffs and Commercial Finish Group, Inc. As the settlement is now finalized, both parties stipulate to the attached Order of Dismissal with prejudice.

\*   \*   \*   \*   \*   \*   \*   \*

Respectfully submitted this 9th day of May, 2003,


____/s/_____
Royal W. Craig
Deborah J. Westervelt
Law Offices of Royal W. Craig, P.C.
210 North Charles Street, Suite 1319
Baltimore, Maryland  21201
(410) 528-8252
(Attorneys for Plaintiffs,
Michael Hackley Architects, P.C.
Michael Hackley



_____
Leland C. de la Garza
350 N. St. Paul Street, Suite 2650
Dallas, Texas 75201
(214)855-5020
(Attorney for Defendant,
Commercial Finish Group, Inc.)



_____
Howard G. Goldberg
Betty Sue Diener
Goldberg Pike & Besche
101 N. Charles Street
Second Floor
Baltimore, Maryland 21201

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY,** | * |
| | * |
| **Plaintiffs,** | |
| | * |
| **V.** | |
| | *   **CASE NO: JFM 02 CV 3363** |
| **LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON** | * |
| | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, and Defendant Commercial Finish Group, Inc., having appeared and filed their stipulated Motion To Dismiss this Case, it is now

ORDERED that the subject case is dismissed with prejudice of all claims against *Defendant Commercial Finish Group, Inc.;*

this _____ day of _____ 2003.

                                                                                 _____
                                                                                 Judge J. Frederick Motz
                                                                                 United States Judge
                                                                                 District of Maryland

cc.   Deborah J. Westervelt                           Howard G. Goldberg
        Royal W. Craig                                       Betty Sue Diener
        The Law Offices of Royal Craig            Goldberg, Pike & Besche, P.C.
        10 North Calvert Street, Suite 153        101 N. Charles Street, 2nd Floor
        Baltimore, Maryland 21202                   Baltimore, Maryland 21201
        dwestervelt@patent-law.org                 bdiener@gpblawfirm.com
                                                                         hgoldberg@gpblawfirm.com

Christopher Johns  
P.O. Box 975  
Laurel, Maryland 20707  
cmj@comcast.net

Terrence McShane  
Lee & McShane, P.C.  
1211 Connecticut Ave. N.W.  
Washington, D.C. 20036  
TMM@lee-mcshane.com

Leland C. de la Garza  
350 N. St. Paul Street, Suite 2650  
Dallas, Texas 75201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via first class mail, postage prepaid, this 9 day of May, 2003, to the following addressees:

Christopher Johns, Esq.
P.O. Box 975
Laurel, MD 20707

Leland de la Garza, Esq.
De la Garza & Wallace, P.C.
350 North St. Paul Street, Suite 2650
Dallas, Texas 75201

Howard G. Goldberg, Esq.
Goldberg, Pike & Besche, P.C.
101 North Charles Street
Baltimore Maryland 21201

Terrence Mc. Shane, Esq.
Lee & McShane, P.C.
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

_____/s/_____
Deborah J. Westervelt
The Law Offices of Royal Craig
10 North Calvert Street
Suite 153
Baltimore, Maryland 21202
410.385.2383
410.385.2385 (facsimile)