## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL HACKLEY, et al.** | : | |
| **Plaintiffs** | : | |
| **vs.** | : | **Case No.: JFM 02 CV 3363** |
| **LVL X, INC., et al.** | : | |
| **Defendants** | : | |

### DEFENDANTS' MOTION TO EXTEND TIME TO
### NAME AND DISCLOSE OPINIONS OF EXPERTS

Defendants LVL X, Inc., John Lee, Jeffrey Way, through undersigned counsel, hereby request an extension of time to name experts and to disclose their opinions, stating that:

1. The scheduling order requires plaintiffs to name their experts by April 10, 2003. However, plaintiffs were unable to do so for about two weeks thereafter, or April 23, 2003.

2. The scheduling order requires defendants to name experts by May 12, 2003.

3. Defendants anticipating being able to name their experts and to disclose their opinions by about May 27, 2003, and therefore seek an extension until that date to do so which is consistent to the extension that the Court has granted to defendant John Trouton.

4. Defense counsel discussed with, and requested consent from, plaintiffs' counsel for a defense motion to seek this extension, but has not received a response from counsel.

WHEREFORE, Defendants LVL X, Inc., John Lee, and Jeffrey Way respectfully request this Court grant their motion to extend time to name and disclose their opinions.

Respectfully,
CHRISTOPHER M. JOHNS LLC

/s/_____
Christopher M. Johns, Esq. (Bar No. 15677)
P.O. Box 975, Laurel, MD 20707
410-984-3000 (phone); 301-540-5901 (fax)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MICHAEL HACKLEY, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| **vs.** | : | **Case No.: JFM 02 CV 3363** |
| **LVL X, INC., et al.** | : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

Having considered defendants' motion to extend time to name and disclose expert opinions, and any opposition thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that defendants' motion to extend time to name and disclose opinions of experts is GRANTED; and it is further,

ORDERED, that defendant LVL X, Inc., defendant John Lee, and defendant Jeffrey Way shall have an extension until _____ to name experts and to disclose their opinions.

_____
JUDGE, United States District Court for the District of Maryland