IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECHTS, P.C., MICHAEL HACKLEY,** * | |
| * | |
| Plaintiffs | |
| * | |
| v. | CASE NO: |
| * | |
| | JFM-02-3363 |
| **LVLX, INC., JOHN LEE, COMMERICAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN S. TROUTON** * | |
| * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT JOHN TROUTON'S MOTION TO EXTEND TIME FOR DISCLOSURE OF EXPERTS

Defendant John Trouton, by and through counsel, Lee & McShane, PC, hereby requests an extension of time for filing their Rule 26(a)(2) Expert Witness Disclosure pursuant to the revised scheduling Order of December 31, 2002. In support of this Motion, Defendant states:

1. At trial in the above-captioned matter, Defendant will call Alan Hamm as an expert in this case.

2. Defendant and Plaintiff have been discussing settlement of this case and Defendant does not wish to incur additional costs involved in preparing an expert report if this matter can be promptly settled.

WHEREFORE, Defendant John Trouton respectfully requests that this Court grant his Motion to Extend Time for Disclosure of Experts to Monday, June 9, 2003 so that Defendant's expert may prepare a report if this matter does not settle over the next 10 days.

                                          Respectfully submitted,


                    By: _____/s/_ Terrence M. McShane _____
                          Terrence M. McShane, Esq. Fed # 09634
                          1211 Connecticut Avenue, N.W.
                          Suite 425
                          Washington, D.C.  20036
                          (202) 530-8100
                          Counsel for John S. Trouton

Dated:  May 27, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECHTS, P.C., MICHAEL HACKLEY, <br><br> Plaintiffs <br><br> v. <br><br> LVLX, INC., JOHN LEE, COMMERICAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN S. TROUTON <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> CASE NO: <br><br> JFM-02-3363 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Defendant John Trouton, having filed their Motion to Extend Time for Disclosure of Experts, it is now

ORDERED that Defendant John Trouton shall have an extension to Monday, June 9, 2003 to file the expert report of Alan Hamm.

_____
Judge J. Frederick Motz
United States District Judge

cc:

Royal W. Craig, Esq.
Deborah J. Westervelt, Esq.
Law Office of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, MD 21202
dwestervelt@patent-law.org

Gary M. Anderson, Esq.
416 Main Street
Suite 201
Laurel, MD 20707

Christopher Johns
PO Box 975
Laurel, MD 20707
cmj@comcast.net

Howard G. Goldberg
Betty Sue Diener
Goldberg, Pike & Besche, PC
101 N. Charles Street, 2nd Floor
Baltimore, MD 21201
bdiener@gpblawfirm.com
hgoldberg@gpblawfirm.com

Terrence M. McShane
Lee & McShane, PC
1211 Connecticut Ave, NW
Suite 425
Washington, DC 20036
tmm@lee-mcshane.com

S:\022\03va005\030527-mlt-01 Mot to Extend.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Time for Disclosure of Experts was mailed, postage pre-paid, on this 27th day of May, 2002 to:

Royal W. Craig, Esq.
Deborah J. Westervelt, Esq.
Law Office of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, MD 21202

Gary M. Anderson, Esq.
416 Main Street
Suite 201
Laurel, MD 20707

Christopher M. Johns, Esq.
Christopher M Johns LLC
PO Box 975
Laurel, MD 20707

Howard G. Goldberg, Esq.
Betty Sue Diener, Esq.
Goldberg Pike and Besche PC
101 N. Charles Street
Second Floor
Baltimore, MD 21201

                                  __/s/_ Terence M. McShane_____
                                      Terrence M. McShane, Esq.