IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY, et al. | : | |
|     Plaintiff | : | |
| | : | |
| vs. | : | JFM 02 CV 3363 |
| | : | |
| LVL X, INC., et al. | : | |
|     Defendants | : | |

**DEFENDANTS LVL X, INC., JOHN LEE, AND JEFFREY WAY'S JOINT MOTION FOR LEAVE FOR AN EXTENSION OF TIME TO NAME EXPERTS AND TO DISCLOSE THEIR OPINIONS BY 06-06-2003**

Defendants LVL X, John Lee, and Jeffrey Way, through counsel, hereby motion for leave for an extension of time to name experts and to disclose their opinions by 06-06-2003.

1. Plaintiffs were delayed in naming and disclosing experts by about two weeks.

2. Defendants were further delayed by a death in the family of their expert architect.

3. The court granted defendants' motion to name experts through 05-29-2003.

4. Defense counsel has kept plaintiffs' counsel up to date on defendants' disclosure of experts and will disclose their experts to plaintiffs counsel on 06-05-2003. Defense counsel has still not been provided a deposition date for plaintiffs' expert.

WHEREFORE, defendants LVL X, Inc., John Lee, and Jeffrey Way respectfully request this Court to grant defendants leave for their disclosure of experts until June 6, 2003.

Respectfully submitted,

_____
Christopher M. Johns, Esq.
Christopher M. Johns LLC
P.O. Box 975
Laurel, MD 20707
Telephone: 301-674-6900
Facsimile: 301-540-5901
Bar No.: 15677

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on 06-05-2003, I caused a copy of the foregoing paper to be HAND DELIVERED, to: Royal W. Craig, Esq. and to Deborah J. Westervelt, Esq., both being located at: 10 North Calvert Street, Suite 153, Baltimore, MD 21202; and to: Howard G. Goldberg, 101 N. Charles Street, Baltimore, MD 21201; Howard G. Goldberg, Goldberg, Pike & Besche, P.C., 101 N. Charles Street, 2nd Floor, Baltimore, MD 21201; and, Leland, C. De La Garza, 350 N. St. Paul, Suite 2650, Dallas, Texas 75201.

                _____
                Christopher M. Johns

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY, et al. : | |
|     Plaintiff : | |
| : | |
| vs. : | JFM 02 CV 3363 |
| : | |
| LVL X, INC., et al. : | |
|     Defendants : | |

**ORDER**

Upon review of Defendants LVL X, Inc., John Lee, and Jeffrey Way Motion to Extend Time To Disclose Opinion of Experts until 06-06-2003, and any opposition thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that Defendants LVL X, Inc., John Lee, and Jeffrey Way Motion To Extend Time to Disclose Opinion of Experts until 06-06-2003 is GRANTED

_____
JUDGE, United States District Court for the District of Maryland

Copies to:
Christopher M. Johns, Esq.
Christopher M. Johns LLC
P.O. Box 975
Laurel, MD 20707
Telephone: 301-674-6900
Facsimile: 301-540-5901

Royal W. Craig, Esq.
Deborah J. Westervelt, Esq.
10 North Calvert Street
Suite 153
Baltimore, MD 21202

Howard G. Goldberg
101 N. Charles Street

2nd Floor
Baltimore, MD 21201

Leland, C. De La Garza
350 N. St. Paul
Suite 2650
Dallas, Texas 75201