IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * | |
| Plaintiffs, | * | |
| V. | * | |
| LVL X, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON, | * | CASE NO:    JFM 02 CV 3363 |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SERVICE OF DISCOVERY

**I HEREBY CERTIFY** that on this 25th day of June, 2003, copies of Plaintiffs Michael Hackley and Michael Hackley Architects, P.C.'s Motion to Compel Defendants LVL X, Inc., John Lee and Jeffrey Way to Respond to Discovery Requests and Accompanying Memorandum were mailed, first-class, postage prepaid, to each of the following addressees:

| | |
|---|---|
| Christopher M. Johns<br>P.O. Box 975<br>Laurel, MD 20707 | Terrence M. McShane<br>Arthur T.K. Norris<br>Lee & McShane, P.C.<br>1211 Connecticut Avenue, N.W., Suite 425<br>Washington, D.C. 20036 |

ATTORNEY FOR PLAINTIFF

__/s/_____
Deborah J. Westervelt
Law Offices of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, Md 21202