IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY** | * |
|  | * |
| **Plaintiffs** | * |
|  | * |
| V. | * |
|  | *  **CASE NO.: JFM 02 CV 3363** |
|  | * |
| **LVL X, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN S. TROUTON** | * |
|  | * |
| **Defendants.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO COMPEL DEFENDANTS LVL X, INC., JOHN LEE AND JEFFREY WAY TO RESPOND TO DISCOVERY REQUESTS AND CERTIFICATION THAT PLAINTIFFS HAVE MADE A GOOD FAITH EFFORT TO RESOLVE THIS DISCOVERY DISPUTE

AND NOW, this 25th day of June, 2003, come Plaintiffs in the above captioned action, by and through their undersigned counsel, and move the Court to compel production of documents and things, pursuant to Fed. R. Civ. P 37(a)(2)(B).

On January 31, 2003, Plaintiffs served its First Request for Production of Documents and Things to Defendants. As a result of recent discovery, and as set forth more fully in the attached memorandum of Points and Authorities, it is now clear that Defendants have not been forthcoming with certain requested documents.

Pursuant to Fed. R. Civ. P 37(a)(2)(B), Plaintiffs have made a good faith effort to secure the requested information from Defendants as fully set forth in Plaintiffs accompanying Memorandum.

*   *   *   *   *   *

WHEREFORE, Plaintiffs request that the Court ORDER production of documents within the next ten (10) days so that the parties' dispositive pretrial can be timely completed.

          Respectfully submitted,

____/s/_____
Royal W. Craig
Deborah J. Westervelt
Attorneys for Plaintiffs
Law Offices of Royal W. Craig
10 North Calvert Street, Suite 153
Baltimore, Maryland 21202
(410) 385-2383