LAW OFFICES OF

# ROYAL W. CRAIG

A PROFESSIONAL CORPORATION

10 North Calvert Street
Suite 153
Baltimore, Maryland 21202
Tel 410. 385. 2383
Fax 410. 385. 2385
Website: www. patent-law. org

Hunt Valley Office:
Tel/Fax 410. 785. 1816

June 23, 2003

**VIA FACSIMILE:**
**301-540-5901**
**CONFIRM BY USMAIL**

Christopher Johns, Esq.
P.O. Box 975
Laurel, Maryland 20707

LAW
BUSINESS
TECHNOLOGY

Re:   Hackley et al. v. LVLX et al.; Case No. JFM02CV3363
      Your letter dated June 5, 2003

Dear Mr. Johns:

This letter is in response to your letter dated June 20, 2003, received by facsimile transmission in our office on Saturday June 21, 2003. Two days notice for the deposition of Richard Zambito is unreasonable notice within Federal Rule of Civil Procedure 30(b)1 and Federal District Court for the District of Maryland Discovery Guideline 8, which specifies reasonable notice as eleven days. I am not available on Tuesday June 24 or Wednesday June 25, 2003 for Mr. Zambito's deposition. If you intend to Notice Mr. Zambito's deposition, please provide reasonable notice. If you depose Mr. Zambito on June 24 or June 25, 2003 without my presence, I will have no other recourse but to file a Motion to quash the deposition. Thank you in advance for your cooperation.

Sincerely,

Deborah J. Westervelt