IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY, et al. : | |
|     Plaintiffs, : | |
| vs. : | Case No.: JFM 02 CV 3363 |
| LVL X, INC., et al. : | |
|     Defendants : | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO QUASH
SUBPOENA DUCES TECUM TO CHEVY CHASE BANK
AND WITHDRAW OF SUBPOENA DUCES TECUM TO CHEVY CHASE BANK**

Defendants LVL X, Inc., John Lee and Jeffrey Way, hereby respond to plaintiffs' motion to quash subpoena deces tecum to Chevy Chase Bank, and for grounds states that:

1. One issue is whether LVL X, Inc. paid Hackley for the PGP drawings at issue.

2. Hackley told draftsman Chalk that LVL X had paid him for the PGP drawings.

3. Chalk testified that Hackley paid him for drafting the PGP drawings.

4. And, that it was Hackley's practice to pay him for work when Hackley got paid.

5. Defendants requested Hackley's check to Chalk (a Chevy Chase Bank check).

6. Plaintiffs refused, saying that it would take a court order to produce the check.

7. Plaintiffs capitulated, producing the check and other subpoenaed information.

8. Defendants therefore withdraw their subpoena to Chevy Chase Bank.

WHEREFORE, defendants withdraw their subpoena to Chevy Chase Bank.

Respectfully submitted,

_____
Christopher M. Johns, Esq. #15677
P.O. Box 975, Laurel, MD 20707
410-984-3000 (phone); 301-540-5901 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on 07-08-03 the foregoing was served by first class mail postage pre-paid, to: Deborah Westervelt, 10 N. Calvert Street #153, Baltimore, MD 21202; and to: Terrence McShane, 1211 Conn. Avenue, N.W., Washington DC 20036.

_____
Christopher M. Johns, Esq.