IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY, ET AL.      *
                                   *
      v.                      *    Civil No. JFM-02-3363
                                   *
LVLX, INC., ET AL.           *
                                *****

ORDER

Upon consideration of the documents submitted in connection with plaintiffs' motion to quash and it appearing from defendants' response that the issue raised by their subpoena to Chevy Chase Bank has been resolved and that they are withdrawing the subpoena, it is, this 9th day of July 2003

ORDERED that plaintiffs' motion to quash be denied as moot.

                                /s/
                                J. Frederick Motz
                                United States District Judge