Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707
Telephone: 410-984-3000
Facsimile: 301-540-5901

July 15, 2003

The Honorable Judge J. Frederick Motz
United States District Court
101 West Lombard Street
Baltimore, MD 21201

Re:   *Civil Case* Hackley, et al. vs. LVL X, Inc., et al. JFM-02-3363
      Plaintiffs' Motion to Amend the Scheduling Order
      Plaintiffs' Motion to Quash Richard Zambito's Deposition
      Plaintiffs' Motion to Compel

Dear The Honorable Judge J. Frederick Motz:

   Oppositions to the above mentioned motions will be filed one (1) day late, sometime today. Thank you for your consideration of the above matter.

                                          Respectfully submitted, /s/
                                          Christopher M. Johns, Esq.