IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | |
| | * |
| v. | |
| | *   CASE NO:  JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS MICHAEL HACKLEY AND MICHAEL HACKLEY ARCHITECTS, P.C. MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs Michael Hackley and Michael Hackley Architects, P.C. (collectively, "Plaintiffs") move for summary judgment in their behalf of Count II of their Complaint, False Designation of Origin under the Lanham Act, on the ground that there are no genuine issues as to any material facts, and the Plaintiffs are entitled to judgment as a matter of law.

In support of Plaintiffs' Motion, they rely upon the attached Memorandum in Support of Motion for Summary Judgment, including exhibits.

THEREFORE, for the reasons discussed in the contemporaneously-filed memorandum, Plaintiffs request that this Court grant their Motion for Summary Judgment.

Respectfully submitted,

Attorneys for Plaintiff

___/s/_____
Royal W. Craig Fed. Bar No. 24,546
Deborah J. Westervelt, Fed. Bar No. 26,282
Law Offices of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, Maryland 21202
(410) 385-2383

Dated: July 15, 2003