IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: JFM 02 CV3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, having appeared and filed their Motion for Summary Judgment as Against Defendants LVL X, Inc., John Lee and Jeffrey Way as to Count II of Plaintiffs' Complaint, it is now

ORDERED that Plaintiffs' Motion for Summary Judgment is granted.

this _____ day of _____ 2003.

_____
Judge J. Frederick Motz
United States Judge
District of Maryland

cc.   Deborah J. Westervelt
      Royal W. Craig
      The Law Offices of Royal Craig        .
      10 North Calvert Street, Suite 153
      Baltimore, Maryland 21202
      dwestervelt@patent-law.org

Christopher Johns  
P.O. Box 975  
Laurel, Maryland 20707  
cmj@comcast.net

Terrence McShane  
Lee & McShane, P.C.  
1211 Connecticut Ave. N.W.  
Washington, D.C. 20036  
TMM@lee-mcshane.com