IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY, et al. | : |
|     Plaintiffs, | : |
| vs. | :   JFM 02 CV 3363 |
| LVL X, INC., et al. | : |
|     Defendants. | : |

### DEFENDANTS' RULE 16(f) MOTION FOR SANCTIONS

Defendants LVL X, Inc., John Lee, and Jeffrey Way respectfully motions under Rule 16(f) for sanctions against plaintiffs Michael Hackley and Michael Hackley Architects, P.C.:

Defendants hereby incorporate by reference, as if fully stated herein, their memorandum of points and authorities written in support of their Motion for Rule 16(f) sanctions and their opposition to plaintiffs' motion to amend the scheduling order in this case.

WHEREFORE, defendants' respectfully request an order precluding plaintiffs from opposing: that LVL X paid plaintiffs for the PGP drawings; that plaintiffs wrongfully withheld LVL X's chandelier; and, that plaintiffs were not damaged by the alleged violations.

Respectfully submitted,

_____/s/_____
Christopher M. Johns, Esq.
P.O. Box 975, Laurel, MD 20707
Telephone: 301-674-6900
Facsimile: 301-540-5901
Bar No.: 15677

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 07-16-03, I caused a copy of the foregoing paper to be served to: Deborah Westervelt, 10 North Calvert Street, Suite 153, Baltimore, MD 21202 and Terrence McShane, 1211 Connecticut Avenue, N.W., Suite 425, Washington, D.C. 20036.

_____/s/_____
Christopher M. Johns

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY, et al.         :
    Plaintiffs,                :
vs.                             :      JFM 02 CV 3363
LVL X, INC., et al.             :
    Defendants.                :

O R D E R

Having considered defendants LVL X, Inc., John Lee, and Jeffrey Way motion for Rule 16(f) sanctions against plaintiffs Michael Hackley and Michael Hackley Architects, P.C., and any opposition thereto, it is this _____ of _____, _____, by the United States District Court For the District of Maryland:

ORDERED: that defendants' motion for Rule 16(f) sanctions is hereby GRANTED having found that plaintiffs failed to seriously, in good faith, and without sufficient justification or excuse, cooperated with defendants to timely hold and to attend a settlement conference required by section III(e) of the court's scheduling order; and it is further,

ORDERED: that plaintiffs' are precluded from opposing the following defenses: that LVL X paid plaintiffs for the PGP drawings; that plaintiffs wrongfully withheld LVL X's chandelier; and, that plaintiffs were not damaged by the violations that they allege in this case.

_____
JUDGE, The United States District Court for the Maryland District