Architecture
Space Planning
and Interior Design Solutions

## Michael Hackley Architects, Chartered

4315 Fifteenth Street NW   Washington, DC 20011   202.882.9800   fax 202.882.9801

*18 May 2000*

Mr. Jon Lee
**WHITE OAK FASHION**
*11275 New Hampshire Avenue
Silver Spring, Maryland 20904*

RE:     *PROPOSAL FOR PROFESSIONAL SERVICES*

PROJECT:    *LVL X RETAIL STORE
            ARUNDEL MILLS*

Dear John,

*I am pleased to submit this proposal to you for professional services. This letter shall serve as our letter of agreement and outline those services to be rendered by MICHAEL HACKLEY ARCHITECTS.*

### SCOPE OF THE WORK
*Interior Tenant Build-out, approximately 4,200SF*

### PHASE 1 PRELIMINARY DESIGN
1. *Initial meeting to discuss the project, visit the actual tenant space, and understand your exact requirements and ideas for the design of the new store.*
2. *Develop and prepare preliminary floor plan, reflected ceiling plan. Present these drawings to you in a meeting for your review and comments.*
3. *Meet with you again to discuss the preliminary drawings, the design, the materials, the budget, and the specifications. We will make one set of revisions, if required, and resubmit drawings to you for approval.*
4. *Submit design drawings to mall authorities for review and comments.*
5. *Make one set of revisions, if required by the mall, and resubmit to all for final approvals.*

### PHASE 2 CONSTRUCTION DOCUMENTS
1. *Develop and prepare technical documents to fix and describe the scope of construction in the store as required by regulatory and approving agencies having jurisdiction over the project, the building permit review process, pricing, and the actual construction.*
2. *Submit these drawings to you and mall authorities for final review and comments.*
3. *Make one set of revisions, if required, and re-submit to all for final approvals.*


EXHIBIT
30B
Hackley
6/6/03

P-00138

*Page 2*

### PHASE 3 CONSTRUCTION ADMINISTRATION (OPTIONAL, IF REQUESTED)
1. File and facilitate the building construction permit with Anne Arundel County authorities.
2. Assist you in pricing and selecting a general contractor to perform the work.
3. Visit the project at intervals during the construction to observe adherence to the approved contract documents and provide quality control.

### ADDITIONAL SERVICES (OPTIONAL, IF REQUESTED)
1. Making revisions in drawings or specifications when such revisions are inconsistent with instructions or approvals previously given or are due to other causes not solely within the control of the architect.
2. Additional meeting time not specifically specified in Phase 1 and Phase 2 above.
3. Providing architectural services out-of-sequence to the normal and regular process and delivery of professional architectural design services.
4. Providing professional services for signage design and artwork design.
5. Providing professional services for furniture design, selection or procurement.
6. Providing additional colored renderings and/or perspective drawings.
7. Providing professional structural engineering design and drawings.
8. Providing scale models.
9. Providing any other professional service not specifically itemized above in Phase 1 and Phase 2.

### PROFESSIONAL FEE SCHEDULE
PHASE 1 AND PHASE 2:           ~~$10,000.00~~  9500

Phase 3 and Additional Services           Hourly, at our standard rates, if requested

Our Standard Hourly Rates are:            Architect/Principal   $125.00/Hour
                                          Project Architect      85.00/Hour
                                          Staff Architect        70.00/Hour
                                          Intern Architect       45.00/Hour

### PAYMENT SCHEDULE
First Payment (Retainer)      ~~$2,750.00~~  2250
Second Payment                2,750.00  Due at the completion of Phase 1.
Third Payment                 4,500.00  Due at the completion of Phase 2.

### BILLABLE EXPENSES
Billable expenses are in addition to the professional fees, and will be billed monthly, with our standard mark-up, for blueprinting, delivery charges, and other out-of-pocket expenses specifically for this project.

Page 3

### TERMINATION
This agreement may be terminated by either party upon 10 day written notice. The architect shall be compensated for all services and expenses up to the date of termination, (in addition to the retainer), plus a standard 15% termination fee for the orderly close-out and documentation of professional effort to the date of termination.

### CONSTRUCTION COST
No fixed limit of construction cost has been or will be established as a condition of this agreement.

### TIME
All professional services will be performed as expeditiously as is consistent with professional skill, care, and the orderly progress of the work.

### SPECIAL NOTE
Invoices are sent according to the payment schedule above. Payments are due to the architect upon receipt. Unpaid invoices over 30 days will be assessed a 1.8% per month late fee on the unpaid balance until the account is paid in full. Invoices over 75 days will be assessed an additional 30% attorney fee for collection.

I am looking forward to working with you on this project. Should you have any questions, do not hesitate to contact me. To approve this proposal please sign and return a copy of this proposal, with a check in the amount of $2,750.00 for the retainer, to my office.

Sincerely,

*[signature]*
MICHAEL HACKLEY ARCHITECTS
R. Michael Hackley AIA
Architect/President

APPROVED BY: _____

DATE: _____