**Michael Hackley Architects**

Architecture
Space Planning
and Interior Design Solutions

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301 596.5200  410.730.7900  fax 410.964.1305

05 May 2002

John Lee
**WHITE OAK FASHIONS**
10807 Tucker Street
Beltsville, Maryland 20705

*INVOICE NUMBER LVL-1024*

RE:       *INVOICE FOR PROFESSIONAL SERVICES*
PROJECT:  *ELECTRONIC 3-D DRAWINGS*

*Professional Services Rendered:*
*Design and preparation of marketing materials*
*64 hours at $ 125.00 per hour*                    $ 8000.00

TOTAL DUE THIS INVOICE:                            $ 8,000.00

NOTES:

1. Please make check payable to MICHAEL HACKLEY ARCHITECTS
2. Our federal ID number is:  52-2123612
3. Terms:      Payment is due upon receipt.
4. Should you have any questions, please do not hesitate to contact our office.