LAW OFFICES OF

# ROYAL W. CRAIG

A PROFESSIONAL CORPORATION

10 NORTH CALVERT STREET
SUITE 153
BALTIMORE, MARYLAND 21202
TEL 410. 385. 2383
FAX 410. 385. 2385
WEBSITE: www. patent- law. org

HUNT VALLEY OFFICE:
TEL/ FAX 410. 785. 1816

June 26, 2003

Christopher Johns, Esq.
P.O. Box 975
Laurel, Maryland 20707

**VIA FACSIMILE: 301-540-5901**



Re:   Civil Action No. JFM-02-CV-3363; *Michael Hackley Architects, P.C., Michael Hackley v. LVL X, Inc., John Lee, Commercial Finish Group, Inc., and Jeffrey Way:* Settlement Conference for Friday, June 27, 2003

Dear Mr. Johns:

You mentioned at Jeffrey Way's deposition that you had scheduled a settlement conference "here" on Friday, June 27, 2003. However, you did not clarify what "here" means. Additionally, our client will not be available on Friday for this settlement conference. You can reschedule this conference for a time and place that will be feasible to all persons involved in this litigation.

Sincerely,

Deborah J. Westervelt