





P-00405