I, Ron Reese, am over the age of 18 years old and compentent to be a witness to the light Chandelier fixture that was to be picked up by myself from the Michael Hackley Architect office. This light fixture was being held by the office of Hackley Architect for the Level 10 Project at the Tyson Corner Shopping Mall. I called Michael Hackley Architect office and left a message that I was directed by my Project Manager Jim Dungan of Commercial Finish Group Inc. of the chandelier fixture that is to be installed at the above project. Mr. Hackley's assistant, Matt Unkle, called me a few hours later and informed me that the Chandelier was not going to be released to me for reasons that Level Ten Client needed to make attention to Michael Hackley Architect about a subject mater that was not told to me at that time. After that, I called John Lee of Level Ten that he needs to call the architect about the subject matter.

Mr. Lee directed me to proceed to the architect office to pick up the chandelier fixture. I proceeded to go to Hackley Architect office and met with Michael Hackley and Matt Unkle. At That time Mr. Hackley informed me the chandelier fixture was not going to be released until payment by Level Ten client that was owned to his firm. I told Michael and Matt this was not any of my business of payment due. I told them that I was directed by John Lee to come by and pick up this light fixture. They will not release this item. I called John Lee the moment I left the architect office outside and informed him the architect will not release the chandelier because of non payment and they will hold it until this was satisfied with Hackley Architects. John Lee advised me that Hackley Architects was already paid for services and he will get back to me about picking up the chandelier fixture.

I, Ron Reese, hereby declare and affirm under the penalty of perjury on the personal knowledge that the forgoing facts are true and are correct.

*Ron Reese* (signature)

Ron Reese
CFG. INC - Superintendent
June 11, 2003

*Notary Patricia A Strazi*
*Comm Expire May 24, 2007*
*June 12, 2003*