IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY, et al.          :
    Plaintiffs,                :
vs.                              :     JFM 02 CV 3363
LVL X, INC., et al.              :
    Defendants.                :

DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER

I HEREBY CERTIFY that on this 17th day of July, 2003, copies of Defendants' Opposition will be mailed by first class mail, postage pre-paid, to: Deborah Westervelt, 10 North Calvert Street, Suite 153, Baltimore, MD 21202 and Terrence McShane, 1211 Connecticut Avenue, N.W., Suite 425, Washington, D.C. 20036.

        Respectfully submitted,

        _____/s/_____
        Christopher M. Johns, Esq.
        P.O. Box 975, Laurel, MD 20707
        Telephone: 301-674-6900
        Facsimile: 301-540-5901
        Bar No.: 15677

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 07-16-03, I caused a copy of the foregoing paper to be served to: Deborah Westervelt, 10 North Calvert Street, Suite 153, Baltimore, MD 21202 and Terrence McShane, 1211 Connecticut Avenue, N.W., Suite 425, Washington, D.C. 20036.

        _____/s/_____
        Christopher M. Johns