IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY, et al. | : | |
|     Plaintiffs | : | |
| | : | |
| vs. | : | JFM 02 CV 3363 |
| | : | |
| LVL X, INC., et al | : | |
|     Defendants | : | |

DEFENDANTS' CERTIFICATE
REGARDING DISCOVERY (OPPOSITION TO COMPEL MOTION)

I HEREBY CERTIFY that on 07-21-03, I faxed and mailed a copy of Defendants' Opposition to Plaintiffs' Motion to Compel by first class mail, postage pre-paid, to: Deborah Westervelt, 10 North Calvert Street, Suite 153, Baltimore, MD 21202, and to: Terrence McShane, 1211 Connecticut Ave., N.W., Suite 425, Washington, D.C. 20036.

    Respectfully submitted,

    ___/s/_____
    Christopher M. Johns, Esq.
    P.O. Box 975
    Laurel, MD 20707
    Phone: 410-984-3000
    Facsimile: 301-540-5901
    Bar No.: 15677

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 07-21-2003, a copy of he foregoing paper was served to: Deborah Westervelt, 10 North Calvert Street, Suite 153, Baltimore, MD 21202 and to Terrence McShane, 1211 Connecticut Ave., N.W., #425, Washington, D.C. 20036.

    ___/s/_____
    Christopher M. Johns, Esq.