Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707
Telephone: 410-984-3000
Facsimile: 301-540-5901

July 21, 2003

The Honorable Judge J. Frederick Motz
United States District Court
101 West Lombard Street
Baltimore, MD 21201

Re:   *Civil Case* Hackley, et al. vs. LVL X, Inc., et al. JFM-02-3363
        Scheduled 08-20-2003 hearing on all pending motions.

Dear The Honorable Judge J. Frederick Motz:
    Prior to July 17, 2003, I had already scheduled, and paid for, an out of state vacation, with full accommodations, for August 16th, through August 28th, 2003, which conflicts with the 08-20-2003 hearing date. However, my September calendar is very flexible for a hearing at the court's convenience.

                        Respectfully submitted, /s/
                        Christopher M. Johns, Esq.