EXHIBIT A

1

1      IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MARYLAND

3    ------------------------------X

4    MICHAEL HACKLEY ARCHITECTS,    :

5    P.C. and MICHAEL HACKLEY,      :

6           Plaintiffs,             :

7        v.                         : Case No.:

8    LVLX, INC., JOHN LEE,          : JFM 02 CV 3363

9    COMMERCIAL FINISH GROUP, INC., :

10   JEFFREY WAY, AND JOHN TROUTON, :

11          Defendants.             :

12   ................................

13        Deposition of ROBERT MICHAEL HACKLEY

14              Baltimore, Maryland

15             Monday, June 16, 2003

16                  10:05 a.m.

17

18   Job No.: 1-18010

19   Pages 1 - 211, Volume I

20   Reported by Patricia A. Kaneshiro-Miller

21

22



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ROBERT MICHAEL HACKLEY
CONDUCTED ON MONDAY, JUNE 16, 2003

67

1  A   Yes.
2  Q   And you discussed with Mr. Lee about
3  doing a cash wrap similar to the Corbusier, if that
4  is how you pronounce it; isn't that true?
5  A   What was your question?
6  Q   You discussed with Mr. Lee about doing a
7  cash wrap similar to the Le Corbusier; isn't that
8  true?
9  A   No.
10 Q   And what kind of table do you have, or
11 desk do you have at your office?  Is it a
12 Le Corbusier?
13 A   No, I don't.
14 Q   And if we look at Exhibit 16A, and I'm
15 going to call it the U-shaped leg pattern with the
16 post coming off the U-shaped leg pattern and the
17 glass top, and you look at the drawing below the
18 picture on 17C.  Wouldn't you say that that is very
19 similar?
20 A   There are a lot of tables with this kind
21 of glass top, U-shaped configuration, and posts
22 coming up.  I would probably say there are