**EXHIBIT A**

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, MD 20707
Telephone: 410-984-3000
Facsimile: 301-540-5901

June 23, 2003

Also faxed 410-385-2385 on the above date.

Deborah J. Westervelt, Esq.
10 North Calvert Street
Suite 153
Baltimore, MD 21202

Dear Deborah J. Westervelt:

    The parties hereby stipulate to extend the discovery deadline date only for purposes of taking depositions to 07-11-2003. Further, the parties agree to extend the settlement conference deadline date to 07-11-2003. The depositions for Richard Zambito, Jeffrey Way and experts will be moved to a more convenient date on or before 07-11-2003. The only depositions scheduled for this week are the county permit office witnesses for 07-24-2003.

Sincerely,

Christopher M. Johns, Esq.

LAW OFFICES OF

# ROYAL W. CRAIG

A PROFESSIONAL CORPORATION

**EXHIBIT B**

10 NORTH CALVERT STREET
SUITE 153
BALTIMORE, MARYLAND 21202
TEL 410. 385. 2383
FAX 410. 385. 2385
WEBSITE: www. patent- law. org

HUNT VALLEY OFFICE:
TEL/FAX 410. 785. 1816

June 18, 2003

**VIA FACSIMILE:**
  **301-540-5901**
**CONFIRM BY USMAIL**

Christopher Johns, Esq.
P.O. Box 975
Laurel, Maryland 20707

LAW
BUSINESS
TECHNOLOGY

Re:   Hackley et al. v. LVLX et al.; Case No: JFM02CV3363
      Your letter dated June 5, 2003

Dear Mr. Johns:

    This letter is in response to your correspondence received today by facsimile. As you know, I previously asked you on numerous occasions to provide potential dates for Mr. Way's deposition. (See for example, correspondence of May 9, 2003, May 28, 2003 and June 5, 2003.) As you did not comply with my requests, I noticed the deposition on June 10, 2003 for June 24, 2003. Such Notice is well within the Local Discovery Guidelines of the United States District Court for the District of Maryland, which deems eleven days to be ":reasonable notice" within the meaning of Fed. R. Civ. Proc. 30(b)(1). As you may also recall, I agreed to your changing the date of Mr. Lee's deposition to accommodate your client even though the Discovery Guidelines of the United States District Court for the District of Maryland provide that an agreed upon deposition date is presumptively binding. However, in the interest of moving forward, I will agree to moving Mr. Way's deposition to Wednesday, June 25, 2003.

    With regard to the deposition of Mr. Heiserman, I have also complied with the local guidelines by noting his deposition on June 17, 2003 for July 2, 2003. I will remind you that I told you yesterday that Mr. Reich will be available for deposition at 12:00 on July 1, 2003. In

addition, enclosed is a Deposition Notice for John Trouton for July 8, 2003. I will also be scheduling a telephone deposition of Ron Reese, hopefully during the same week of July 7, 2003.

As we have also previously discussed (by telephone and see correspondence dated May 29, 2003 and June 5, 2003), we must conduct settlement conferences before the end of the month and report to Judge Motz by June 30, 2003. As you have not provided any proposed dates, I suggest June 27, 2003 for such conferences. If this date is not acceptable, please provide an alternate date by June 20, 2003 (to be conducted on or before June 30, 2003).

Thank you in advance for your cooperation.

Sincerely,

Deborah J. Westervelt

Enc. with mail copy only