

DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
4990 RHODE ISLAND AVE   (C)                              0501
HYATTSVILLE       MD 20781-2008

CASE NUMBER:  1E00223742

TO: HACKLEY, ROBERT MICHAEL
    7513 WEATHERWORN WAY #F
    COLUMBIA        MD 21046

STATE OF MARYLAND  VS.  HACKLEY, ROBERT MICHAEL

N O T I C E

IN ACCORDANCE WITH MARYLAND RULE 4-247, YOU ARE HEREBY NOTIFIED THAT ON JULY    17, 2003, THE STATE'S ATTORNEY ENTERED A NOLLE PROSEQUI IN THE ABOVE CASE. THAT IS, THE STATE'S ATTORNEY HAS DETERMINED THAT THE CASE WILL NOT BE PROSECUTED.

BY: MARY JONES ABRAMS          DATE: 07/18/03
    (CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 952-4080.

HEARING/SPEECH IMPAIRED CALLERS ONLY, TELEPHONE TTY/TT 1-800-925-9690 OR (301) 952-4080 (VOICE) THRU MARYLAND RELAY SERVICE AT 1-800-735-2258.

001808A            N            TRACKING NUMBER:03-1001-24352-3