IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: JFM 02 CV3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, having appeared and opposed Defendants' Motion for Rule 16(f) Sanctions, it is now

ORDERED that Defendants' Motion for Rule 16(f) Sanctions is denied.

this _____ day of _____ 2003.

                                                                                      _____
                                                                                      Judge J. Frederick Motz
                                                                                      United States Judge
                                                                                      District of Maryland

cc.   Deborah J. Westervelt
       Royal W. Craig
       The Law Offices of Royal Craig                        .
       10 North Calvert Street, Suite 153
       Baltimore, Maryland 21202
       dwestervelt@patent-law.org

| | |
|---|---|
| Christopher Johns | Terrence McShane |
| P.O. Box 975 | Lee & McShane, P.C. |
| Laurel, Maryland 20707 | 1211 Connecticut Ave. N.W. |
| cmj@comcast.net | Washington, D.C. 20036 |
| | TMM@lee-mcshane.com |