IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY, et al. : | |
|     Plaintiffs, : | |
| vs. : | JFM 02 CV 3363 |
| LVL X, INC., et al. : | |
|     Defendants. : | |

MOTION FOR LEAVE TO FILE DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' SUMMARY JUDGMENT MOTION

    Defendants LVL X, Inc., John Lee, and Jeffrey Way motion for leave to file their cross motion for summary judgment against plaintiffs under Rule 56 of the Federal Rules of Civil Procedure, and their opposition to plaintiffs' summary judgment motion, stating that:

    Local Rule 105 requires a cross motions for summary judgment to be filed as part of the opposition to the other party's motion for summary judgment. The docket says that the due date is 08-01-2003 (docket entry number 68). However, pursuant to the scheduling order, all dispositive motions are to be filed by 07-28-2003. If needed, defendants seek leave to file their cross motion for summary judgment along with their PDF exhibits on 07-29-2003, which falls three days before the opposition due date and one day after the 07-29-2003 date.

    Defendants oppose plaintiffs' motion for summary judgment and also move for cross motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 105, in that there is no genuine issue as to any material fact and that defendants are entitled to a judgment as a matter of law. Defendants hereby incorporate herein by reference, as if fully stated herein, their memorandum in support of their cross motion for summary judgment and of their opposition to plaintiffs' motion for summary judgment.

    WHEREFORE, defendants respectfully request leave to file and for the Court to deny plaintiffs' motion for summary judgment and grant defendants' summary judgment motion.

Respectfully submitted,

_____/s/_____
Christopher M. Johns, Esq.
P.O. Box 975, Laurel, MD 20707
Telephone: 301-674-6900
Facsimile: 301-540-5901
Bar No.: 15677

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 07-29-03, I caused a copy of the foregoing paper to be served to: Deborah Westervelt, 10 North Calvert Street, Suite 153, Baltimore, MD 21202 and Terrence McShane, 1211 Connecticut Avenue, N.W., Suite 425, Washington, D.C. 20036.

_____/s/_____
Christopher M. Johns