**PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE**
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
APPLICATION FOR PLAN EXAMINATION AND PERMIT

(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)

CASE # 16554-2002

DATE: 5/16/02

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- **Alteration/Repair**
- Demolition
- Fire Alarm
- Fire Damage
- Fire Suppression/Hood
- General [Interior / Exterior]
- Grading [Rough / Fine]
- Installation
- Logging
- Mechanical
- New

Other: _____

**FOR OFFICE USE ONLY**
- [ ] ENG   Date: NC   5/17/02
- [ ] HEALTH Date: 5/9/02
- [ ] FIRE  Date: 5/9/02
- [X] PERMITS Date: 5/16/02
- [ ] WSSC

- Sign (Building)
- Sign (Ground)
- Sprinkler

- New Building (Residential)
- New Building (Non-Residential)
- Rehabilitation

- Raze
- Use & Occupancy
- Use & Occupancy (Temporary)

Specify Type of Structure (i.e., Deck, Fence, Garage, Pool, Roof, Shed, Tank): Retail Building
(i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)

**SITE USE:** Retail

**SITE INFORMATION:**
Site Address: 3500 East West Hwy, Space 1149
City/Town: Hyattsville MD
Lot: ___  Block: ___  Unit ___ Bldg. ___  Parcel: ___  Liber/Folio: ___
Zip Code: 20782
Project/Trade Name: ___  Subdivision: ___
Land Property Tax Account #: 3667493000-096

Est. Const. Cost: $ 200,000.00
Existing Use: Retail
Proposed Use: Retail
Height: ___ (ft)  Width ___ (ft)
Depth ___ (ft)  Fl. Area ___ (sq/ft)
Total Site Area: ___ [acres / square feet]
Disturbed Area: ___ [acres / square feet]

**OWNER:**
Name: John San Zeil
Company: GEX
Address: 10807 Tucker Street
City, State: Beltsville MD  Zip 20705
Phone # (301) 931-0061

**OCCUPANT:**
Name: John Lee
Company: Lulu
Address: 3500 East West, Space 1024
City, State: Hyattsville MD  Zip 20782
Phone # ( )

**CONTRACTOR:**
Name: Jim Dungan
Company: Commercial Finish Group
Address: 10310 Markinson Rd
City, State: Dallas TX  ZIP 75238
Phone # (214) 340-1114  License # ___

**ENG./ARCH:**
Name: ___
Company: ___
Address: ___
City, State: ___  Zip ___
Phone # ( )

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT Matthew Winkle   Michael Winkley Architects   (301) 596-5200   _Matthew Winkle_
Name                Company                  Phone #              Signature

PGC 5066 (Rev. 11/00)

**PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE**
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
**APPLICATION FOR PLAN EXAMINATION AND PERMIT**

(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)

CASE # 16554-2002    DATE: 5/16/02

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- Alteration/Repair — Fire Alarm / Fire Damage / Fire Suppression/Hood
- Demolition

General [Interior / Exterior]    Logging
Grading [Rough / Fine]    Mechanical
Installation    New

**FOR OFFICE USE ONLY**
- [ ] ENG    Date: NC  5/17/02
- [ ] HEALTH    Date:
- [ ] FIRE    Date: 5/17/02
- [✓] PERMITS    Date: 5/16/02

APPROVED  BE 5-21
PERMIT # 04504

New Building (Residential)    Sign (Building)
New Building (Non-Residential)    Sign (Ground)
Rehabilitation    Sprinkler

Specify Type of Structure (i.e., Deck, Fence, Garage, Pool, Roof, Shed, Tank): Retail Building

Other: _____

**SITE USE:** (i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)
Retail

**SITE INFORMATION:**
Site Address: 3500 East West Hwy, Space 1149
City/Town: Hyattsville MD    Zip Code: 20782

Lot: ___  Block: ___  Unit ___  Bldg. ___  Parcel: ___  Liber/Folio: ___  Project/Trade Name: ___  Subdivision: ___

Land Property Tax Account #: 36674 9300-096

Est. Const. Cost: $ 200,000.00
Existing Use: Retail
Proposed Use: Retail
Height: ___ (ft)  Width: ___ (ft)  Fl. Area: ___ (sq/ft)
Depth: ___ (ft)
Total Site Area: ___ [acres / square feet]
Disturbed Area: ___ [acres / square feet]

**OCCUPANT:**
Name: John Lee
Company: Lulu
Address: 3500 East West, Space 1024
City, State: Hyattsville MD   Zip: 20782
Phone #: (___) ___-___

**CONTRACTOR:**
Name: Jim Duncan
Company: Commercial Finish Group
Address: 10310 Markinson Rd
City, State: Dallas TX   Zip: 75238
Phone #: (214) 340-1114
License #: ___

**ENG./ARCH.:**
Name: ___
Company: ___
Address: ___
City, State: ___   Zip: ___
Phone #: (___) ___-___

**OWNER:**
Name: John Lee San Zei
Company: GTX
Address: 10807 Tucker Street
City, State: Beltsville MD   Zip: 20705
Phone #: (301) 931-0061

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT: Matthew Little   Michael Hachley Architects   (301) 596-5200
Name   Company   Phone #   Signature

PGC 5066 (Rev. 11/00)

# PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE
## 9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
### APPLICATION FOR PLAN EXAMINATION AND PERMIT

*(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)*

CASE # **16554-2002**   DATE: **5/16/02**

**FOR OFFICE USE ONLY — REVIEWERS**

| | Date: | |
|---|---|---|
| [ ] ENG | 5/17/02 | |
| [ ] HEALTH | | |
| [ ] FIRE | 5/7/02 | |
| [✓] PERMITS | 5/16/02 | |
| [ ] WSSC | | |

APPROVED **BL-5-02**
PERMIT # 04-5081

**ACTIVITY:** (Circle option for permit desired.)
- Addition — Fire Alarm — General [Interior / Exterior] — Logging — Raze — Sign (Building)
- **Alteration/Repair** — Fire Damage — Grading [Rough / Fine] — Mechanical — Use & Occupancy — Sign (Ground)
- Demolition — Fire Suppression/Hood — Installation — New — Use & Occupancy (Temporary) — Sprinkler
- New Building (Residential)
- New Building (Non-Residential)
- Rehabilitation

Other: _____

**SITE USE:** (i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)
**Retail**

Specify Type of Structure (ie., Deck, Fence, Garage, Pool, Roof, Shed, Tank): **Retail Building**

**Est. Const. Cost:** $ **200,000.00**
**Existing Use:** Retail
**Proposed Use:** Retail
**Height:** ___ (ft)   **Width:** ___ (ft)   **Fl. Area:** ___ (sq/ft)
**Depth:** ___ (ft)
**Total Site Area:** ___ [acres / square feet]
**Disturbed Area:** ___ [acres / square feet]

**SITE INFORMATION:**
Site Address: **3500 East West Hwy, Space 1149**
City/Town: **Hyattsville MD**   Zip Code: **20782**
Lot: ___   Block: ___   Unit ___ Bldg. ___   Parcel: ___   Liber/Folio: ___
Project/Trade Name: ___   Subdivision: ___
Land Property Tax Account #: **36674 9300 - 096**

**OWNER:**
Name: **John San Zet** ~~Lee~~
Company: **GFX**
Address: **10807 Tucker Street**
City, State: **Beltsville MD**   Zip: **20705**
Phone #: **(301) 931-0061**

**OCCUPANT:**
Name: **John Lee**
Company: **Lulu**
Address: **3500 East West, Space 1024**
City, State: **Hyattsville MD**   Zip: **20782**
Phone #: **( )**

**CONTRACTOR:**
Name: **Jim Duncan**
Company: **Commercial Finish Group**
Address: **10310 Markinson Rd**
City, State: **Dallas TX**   Zip: **75238**
Phone #: **(214) 340-1114**   License #: ___

**ENG./ARCH.:**
Name: ___
Company: ___
Address: ___
City, State: ___   Zip: ___
Phone #: ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT **Matthew Uuhle**   **Michael Hachley Architects**   **301 596-5200**   **Matthew Uuhle**
Name                          Company                              Phone #                   Signature

PGC 5066 (Rev. 11/00)