

Michael Hackley Architects
Deposit only
# 664373909

LVL X, INC.
3881 BRANCH AVE. NO. 233
HILLCREST HEIGHTS, MD 20748

2817
65-7198/2550

DATE 5/28/02

PAY TO THE ORDER OF  Michael Hackley Architects    $ 10,000

$10,000.0000    DOLLARS

CHEVY CHASE BANK
CHEVY CHASE, MARYLAND 20815

Verified By:
U 27386

Helen Lee

FOR

⑆255071981⑆  094372292⑈  ⑆0001000000⑆