Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

  

129892106

EXHIBIT 8
6/16/03
Hackley

VA    VAU
EFFECTIVE DATE OF REGISTRATION

Month ___ Day ___ Year ___

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**Title of This Work ▼**    NATURE OF THIS WORK ▼ See instructions
LVL X
3500 EAST WEST HIGHWAY HYATTSVILLE MD 20782    Architectural Drawings
**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
NOT Applicable

If published in a periodical or serial give: Volume ▼ ___ Number ▼ ___ Issue Date ▼ ___ On Pages ▼ ___

## 2
**NAME OF AUTHOR ▼**
a  ROBERT MICHAEL HACKLEY

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
     { Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work

b  **Name of Author ▼**    **Dates of Birth and Death** Year Born ▼ ___ Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ___
     { Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3
a  **Year in Which Creation of This Work Was Completed**    2002    Year    This information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.    Month ___ Day ___ Year ___    Nation ___

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 25 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 25 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces
• See detailed instructions.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

NONE

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NONE

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

NOT APPLICABLE

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

ROBERT MICHAEL HACKLEY
MICHAEL HACKLEY ARCHITECTS
5052 DORSEY HALL DRIVE, SUITE 102
ELLICOTT CITY, MARYLAND 21042

Area code and daytime telephone number (301) 596-5200    Fax number (410) 964-1305
Email MHACKLEYARCHITECTS@PRODIGY.NET

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ROBERT MICHAEL HACKLEY    Date 07-23-02

Handwritten signature (X) ▼
X /s/ Robert Michael Hackley

**9** Certificate will be mailed in window envelope to this address:
Name ▼
ROBERT MICHAEL HACKLEY
Number/Street/Apt ▼
5052 DORSEY HALL DRIVE, SUITE 102
City/State/ZIP ▼
ELLICOTT CITY, MARYLAND 21042

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application, shall be fined not more than $2,500.

Rev: June 2002 — 20,000    Web Rev: June 2002    ⊕ Printed on recycled paper    ✰ernment Printing Office: 2000-461-113/20,021

FROM : STATE FARM INSURF                                        Dec. 13 2002 10:43AM P5
                                    305         P00403