

SIGN.

BRUSHED ALUMN

GLASS

LEASE LINE

EXHIBIT

20

Hackley

6/16/03