**Michael Hackley Architects**

Architecture
Space Planning
and Interior Design Solutions

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301.596.5200  410.730.7900  fax 410.964.1305

*2,15.67*
*= 2433*

Monday, May 20, 2002

Mr. John Lee
**WHITE OAK FASHIONS**
10807 Tucker Street
Beltsville, Maryland 20705



PAID LVLX
# 2817
$ 10,000

**SUMMARY OF PAST DUE INVOICES:**

| # | Description | Amount | Invoice |
|---|---|---|---|
| 1. | Tyson's Corner | $ 131.78 | LVL-1003 |
| 2. | Tyson's Corner | $ 51.49 | LVL-1010 |
| 4. | Prince Georges | $ 75.17 | LVL-1011 |
| *5. | Paramus Mall | $ 2,500.00 | LVL-1014 |
| 6. | Tyson's Corner | $ 262.72 | LVL-1015 |
| 7. | Prince Georges | $ 12.60 | LVL-1016 |
| 8. | Tyson's Corner | $ 14.40 | LVL-1018 |
| 9. | Tyson's Corner | $ 165.60 | LVL-1019 |
| 10. | Tyson's Corner | $ 450.00 | LVL-1020 ✓ |
| *11. | Electronic drawings | $ 8,000.00 | LVL-1024 |
| 12. | Tyson's Corner permit revision | $ 450.00 | LVL-1026 |
| *13. | Construction Administration | $ 750.00 | LVL-1027 |
| *14. | Balance due of Professional fee PGP ✗ | $ 7500.00 ✓ | LVL-1029 ✓ |
| *15. | Annapolis mall/construction administration | $ 625.00 | LVL-1030 |
| *16. | Paramus Park mall | $ 1928.96 | LVL-1031 |
| *17. | PGP | $ 1928.96 | LVL-1032 |
| 18. | Tyson's federal express charges | $ 19.09 | LVL-1033 ✓ |
| 19. | Prince Georges federal express charges | $ 31.36 | LVL-1034 ✓ |
| 20. | Prince Georges permit facilitation | $ 450.00 | LVL-1035 ✓ |

**TOTAL: $ 25,347.13**

\* = deletions ⇒ ( 15,731.02 ).
Paid ⇒ ( 10,000 ).

Revised 5/20/02

amt owed to LVLX = -383.87
+ Chandalier never
received.
1928.96.


FAXED 5-20-02


EXHIBIT
14
Hackley
6/16/03