

**MICHAEL HACKLEY ARCHITECTS, PC**
5052 DORSEY HALL DRIVE, SUITE 102
ELLICOTT CITY, MD 21042-7797

395

Date 05.31.02

Pay to the Order of John Chall    $ 2,500.00

two thousand five hundred 00/100 Dollars

**CHEVY CHASE BANK**
CHEVY CHASE, MARYLAND 20815

For balance of LV2X @ PGP    D. Michael Hackley





EXHIBIT
6/16/03
18A
Hackley

P-00405