Architecture
Space Planning
and Interior Design Solutions

_ Michael Hackley Architects

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042 301.596.5200 410.730.7900 fax 410.964.1305

22 April 2002

Mr. John Lee                                    **INVOICE NUMBER LVL-1014**
**WHITE OAK FASHION**
10807 Tucker Street
Beltsville, Maryland 20705

RE:            *INVOICE FOR PROFESSIONAL SERVICES*
PROJECT:       *LVL X RETAIL STORE*
               *PARAMUS MALL, NEW JERSEY*

Retainer                              $ 2,500.00

_____    _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _    _ _ _ _

*TOTAL DUE THIS DATE*                  $ 2,500.00

NOTES:
1.  Please make check payable to MICHAEL HACKLEY ARCHITECTS.
2.  Our Federal ID # is:    52-2123612.
3.  Terms:  Payment is due upon receipt.  Please pay promptly.
4.  Should you have any questions, do not hesitate to contact us at 301.596.5200.



EXHIBIT
31
Hackley