Michael Hackley
6064373909

Robert Michael Hackley #5227

LVLX, INC.
3681 BRANCH AVE. NO. 233
HILLCREST HEIGHTS, MD 20748

2791

CHEVY CHASE BANK
CHEVY CHASE, MARYLAND 20815

PAY TO THE ORDER OF  Michael Hackley Architects   $ 1,928.95

One  1928.95  DOLLARS

FOR Tysons Chandler

Tysons Chandler

⑆002791⑆  ⑆255071981⑆  0964373909


EXHIBIT 40 Hackley 6/9/03