P00322

*Architecture*
*Space Planning*
*and Interior Design Solutions*

**Michael Hackley Architects**

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301.596.5200  410.730.7900  fax 410.964.1305

21 June 2002

Melinda Steward
Section Supervisor
**Department of Environmental Resources**
9400 Peppercorn Place
Largo, Maryland 20774

RE: PERMIT NUMBER # 16554-2002-00
Prince Georges Plaza, Space # 1020
3500 East West Highway
West Hyattsville, Maryland 20782

Dear Ms. Steward,
As the applicant and Maryland licensed architect for this project I do hereby request that this permit be voided so that it cannot be re-activated by others. Should you have any questions concerning this matter do not hesitate to contact me.

Sincerely,

R. Michael Hackley  AIA
Architect, MD license #5227-A



DATE: 6-24-03
DEP.: M Steward
#
REP: Agee

6/16/03   EXHIBIT
             46
          Hackley