Architecture
Space Planning
and Interior Design Solutions

## Michael Hackley Architects

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301.596.5200  410.730.7900  fax 410.964.1305

1 July 2002

Melinda Steward
Section Supervisor
**Department of Environmental Resources**                **MAILED AND FAXED**
9400 Peppercorn Place                                     July 1, 2002
Largo, Maryland 20774

RE: PERMIT NUMBER # 16554-2002-00 (voided) and 16554-2002-01 (revision)
Prince Georges Plaza, Space #120
3500 East West Highway
West Hyattsville, Maryland 20782

Dear Ms. Steward,

Ms. Sue Hall of your office made me aware today that a Mr. Jason Bonnet applied for revisions on this project on June 13, 2002. I am the Maryland licensed architect (#5227-A) for this project and the construction documents that were used to apply for this permit were developed and prepared by my office and my Maryland licensed engineering consultant #12875 in accordance with the rules and regulations of the state of Maryland and Prince George's County. As a result, the design and construction documents are my ownership, my property, and my responsibility. If "unknown" others are modifying my architectural and engineering documents without even my knowledge, and of course without my permission, than I suspect fraud. This could affect the health and safety of the public.

Can you help me to determine if my drawings were modified by others and resubmitted to your office in an attempt to get a permit, or revisions to a permit, under false pretenses and in contravention of the laws and regulations of Prince George's County Department of Environmental Resources and the laws of the State of Maryland?

Please advise me as soon as possible. If construction is underway, than time is of the essence with respect to this matter.

Thank you in advance for your help and cooperation in this matter.

Sincerely,

*[signature]*
MICHAEL HACKLEY ARCHITECTS
R. Michael Hackley AIA
Architect/President

EXHIBIT
47
Hackley
6/16/03