P00252

### MEMO TO COMMERCIAL FINISH GROUP
DATE:     06.29.01
FAX #:    214.342.1116
          877.234.6616
ATTN:     JIM DUNGAN
RE:       ISSUES
PROJECT:  LVL X RETAIL STORE
          SPACE # 182
          DOLPHIN MALL IN MIAMI
FROM:     MICHAEL HACKLEY

I received your e-mail yesterday. Be advised:    *U-683 Maple*

1. UNICLICK flooring by BHK: use "light maple" color (with no seams if possible).
2. Lighting. Please call to discuss.
3. Cashwrap: no changes in dimensions, but please provide some locks. Please call to discuss.
4. Paint colors: The store must be WHITE. Use a base color white. The paint color #s on drawing are not legible. Paint "focus" wall only: red. Use same paint color as and specifications as used in Atlanta store.
5. Existing track lighting: please call to discuss.

OTHER ISSUES:
1. Please forward specific TV display details used in Atlanta to me and Jeff Harris at Dolphin Mall for his approval of this issue. Construct these the same as in the Atlanta store.
2. John wants to add a small section of USG CURVATURA CEILING over the cashwrap. I will provide details.
3. I would like to add two wall lights.

*John,*
*Can I add 2 wall lights?*
*Mike*


6/6/03 EXHIBIT 25B Hackley