I Ron Reese, am over the age of 18 years old and compentent to be a witness to the matter subject " TV monitor wall drawing". Attached is the original drawing that I drawn up for clarification of the Clients intent of the reducing the size of the existing tv monitor wall cabinets that was used on the two jobs that I was working on for Level X at the Mall of Georgia store location and Tower City Mall center in Cleveland, Ohio. I then traveled to Annapolis, Maryland Westfield Mall and was the superintendent of that job. Mr. Lee informed myself and Mr. Hackley of wanting to put a flat screen tv monitor at the two locations at the storefront of this store. The question of how this could be done was presented to me as a suggestion of making this look good at the new location. I called Mr. Lee and got the measurements of the new tv flat screens and proceeded to draw this on the existing north wall of the space on the demizing wall and showed actual dimensions of what this would look like at real size for the Client and architect to look at and see if this was acceptiable to make this out of 6 inch track and studs and 5/8 drywall wrapped around the towers. After John Lee saw the drawing on the wall and approved this I drew this on this paper and would use it as reference for the TV towers for this job and the future jobs for the Level X projects coming up after this job was concluded. I showed this to Michael Hackley on one of the job visits and also the drawing on the wall that I did for Mr. Lee and for himself to see what Mr. Lee approved. Mr. Hackley made a comment to me that he would like to have a copy of this and I told him no, I designed it and would not allow for this to be incorporated into his drawings. I held on the original drawing and faxed this over the Tyson Corner Project to the other superintendent Kip Biggs for his use and information of the new TV towers dimensions.

I, Ron Reese, hereby declare and affirm under the penalty of perjury on the personal knowledge that the forgoing facts are true and correct.

*Ron Reese* (signature)

Ron Reese
CFG. INC – Superintendent
June 11, 2003

*Notary Patricia A Stuzk* (signature)
*My Comm. Exprn May 24, 2007*
*June 12, 2003*

