IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY, et al.         :
    Plaintiffs,              :
vs.                             :    JFM 02 CV 3363
LVL X, INC., et al.             :
    Defendants.              :

O R D E R

Having considered plaintiffs' motion for summary judgment and defendants LVL X, Inc., John Lee, and Jeffrey Way's motion for leave to file their cross motion for summary judgment, and all oppositions and replies thereto, it is this _____ of _____, _____, by the United States District Court For the District of Maryland:

ORDERED: that defendants' motion for leave to file their cross motion for summary judgment and their opposition to plaintiffs' summary judgment motion is hereby GRANTED.

ORDERED: that because there is no genuine issue as to any material fact and defendants LVL X, Inc., John Lee, and Jeffrey Way are entitled to a judgment as a matter of law, defendants' cross motion for summary judgment is hereby GRANTED.

_____
JUDGE, The United States District Court for the Maryland District