# PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE
## 9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
### APPLICATION FOR PLAN EXAMINATION AND PERMIT

*(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)*

CASE # **16554-2002**   DATE: **5/16/02**

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- Fire Alarm
- **Alteration/Repair**
- Fire Damage
- Demolition
- Fire Suppression/Hood
- General [Interior / Exterior]
- Grading [Rough / Fine]
- Installation
- Logging
- Mechanical
- New
- New Building (Residential)
- New Building (Non-Residential)
- Rehabilitation
- Sign (Building)
- Sign (Ground)
- Sprinkler

Other: _____

**FOR OFFICE USE ONLY — REVIEWERS**
- [ ] ENG   Date: NC   5/17/02
- [ ] HEALTH Date:
- [ ] FIRE  Date: 5/17/02
- [x] PERMITS Date: 5/16/02
- [ ] WSSC

APPROVED PERMIT # _____

**SITE USE:** (i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)

Retail

Specify Type of Structure (ie., Deck, Fence, Garage, Pool, Roof, Shed, Tank): **Retail Building**

**Est. Const. Cost:** $ **200,000.00**
**Existing Use:** Retail
**Proposed Use:** Retail
**Height:** ___ (ft)   **Width:** ___ (ft)
**Depth:** ___ (ft)   **Fl. Area:** ___ (sq/ft)
**Total Site Area:** ___ [acres / square feet]
**Disturbed Area:** ___ [acres / square feet]

**SITE INFORMATION:**
Site Address: **3500 East West Hwy, Space 1149**
City/Town: **Hyattsville MD**

Lot: ___ Block: ___ Bldg: ___ Unit: ___ Zip Code: **20782**
Parcel: ___ Liber/Folio: ___
Project/Trade Name: ___ Subdivision: ___

Land Property Tax Account #: **3667493000-096**

**OWNER:**
Name: John San Zeil
Company: GFX
Address: 10807 Tucker Street
City, State: Beltsville MD   Zip: 20705
Phone: (301) 931-0061

**OCCUPANT:**
Name: John Lee
Company: Lulu
Address: 3500 East West Space 1024
City, State: Hyattsville MD   Zip: 20782
Phone: ___

**CONTRACTOR:**
Name: Jim Duncan
Company: Commercial Finish Group
Address: 10310 Markinson Rd
City, State: Dallas TX   ZIP: 75238
Phone: (214) 342-1114   License #: ___

**ENG./ARCH:**
Name: ___
Company: ___
Address: ___
City, State: ___   Zip: ___
Phone: ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT: **Matthew Unkle**   Company: **Michael Hachley Architects**   Phone: (301) 596-5200   Signature: _Matthew Unkle_

PGC 5066 (Rev. 11/00)

# PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
## APPLICATION FOR PLAN EXAMINATION AND PERMIT

(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)

CASE # **16554-2002**    DATE: **5/16/02**

**ACTIVITY:** (Circle option for permit desired.)
- Addition — Fire Alarm — General [Interior / Exterior] — Logging — Sign (Building)
- **Alteration/Repair** — Fire Damage — Grading [Rough / Fine] — Mechanical — Sign (Ground)
- Demolition — Fire Suppression/Hood — Installation — New — Sprinkler

Other: _____

FOR OFFICE USE ONLY - REVIEWERS
- [ ] ENG    Date: NC    Date: 5/17/02
- [ ] HEALTH Date:       Date: 5/17/02
- [ ] FIRE   Date:       Date: 5/17/02
- [✓] PERMITS Date:      Date: 5/16/02
- [ ] WSSC

New Building (Residential)
New Building (Non-Residential)
Rehabilitation

Specify Type of Structure (ie, Deck, Fence, Garage, Pool, Roof, Shed, Tank): **Retail Building**

APPROVED PERMIT # _____

Est. Const. Cost: $ **200,000.00**
Existing Use: **Retail**
Proposed Use: **Retail**
Height: ___ (ft)  Width: ___ (ft)
Depth: ___ (ft)  Fl. Area: ___ (sq/ft)
Total Site Area: ___ [acres / square feet]
Disturbed Area: ___ [acres / square feet]

**SITE USE:** (i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)
**Retail**

**SITE INFORMATION:**
Site Address: **3500 East West Hwy, Space 1149**
City/Town: **Hyattsville MD**

Lot: ___  Block: ___  Parcel: ___  Liber/Folio: ___
Unit ___  Bldg. ___
Zip Code: **20782**
Project/Trade Name: ___  Subdivision: ___
Land Property Tax Account #: **3667493000-096**

**OWNER:**
Name: ~~John Lee~~ **San Zeil**
Company: **GFX**
Address: **10807 Tucker Street**
City, State: **Beltsville MD**  Zip: **20705**
Phone #: **(301) 931-0061**

**OCCUPANT:**
Name: **John Lee**
Company: **Lulu**
Address: **3500 East West Hwy, Space 1024**
City, State: **Hyattsville MD**  Zip: **20782**
Phone #: ( ) ___

**CONTRACTOR:**
Name: **Jim Duncan**
Company: **Commercial Finish Group**
Address: **10310 Markinson Rd**
City, State: **Dallas TX**  Zip: **75238**
Phone #: **(214) 340-1114**  License #: ___

**ENG./ARCH:**
Name: ___
Company: ___
Address: ___
City, State: ___  Zip: ___
Phone #: ( ) ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT **Matthew Uwille**    **Michael Hackley Architects**    **(301) 596-5200**    [signature]
Name                             Company                            Phone #                Signature

PGC 5066 (Rev. 11/00)

# PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE
## 9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
### APPLICATION FOR PLAN EXAMINATION AND PERMIT

(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)

CASE # **16554-2002**       DATE: **5/16/02**

**FOR OFFICE USE ONLY - REVIEWERS**
- [ ] ENG     Date: NC
- [ ] HEALTH  Date: 5/17/02
- [ ] FIRE    Date: 5/7/02
- [X] PERMITS Date: 5/16/02
- [ ] WSSC

APPROVED  PERMIT # 04504

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- Fire Alarm
- ~~Alteration/Repair~~
- Fire Damage
- Demolition
- Fire Suppression/Hood

General [Interior / Exterior]
Grading [Rough / Fine]
Installation

Logging
Mechanical
New

Sign (Building)
Sign (Ground)
Sprinkler

Raze
Use & Occupancy
Use & Occupancy (Temporary)

New Building (Residential)
New Building (Non-Residential)
Rehabilitation

Other: _____

Specify Type of Structure (i.e., Deck, Fence, Garage, Pool, Roof, Shed, Tank): **Retail Building**

**SITE USE:** (i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)
**Retail**

**SITE INFORMATION:**
Site Address: **3500 East West Hwy, Space 1149**
City/Town: **Hyattsville MD**   Zip Code: **20782**

Lot: ___  Block: ___  Unit ___  Bldg. ___  Parcel: ___  Liber/Folio: ___
Project/Trade Name: ___  Subdivision: ___
Land Property Tax Account #: **3667493000-096**

**Est. Const. Cost:** $ **200,000.00**
**Existing Use:** Retail
**Proposed Use:** Retail
**Height:** ___ (ft)  **Width:** ___ (ft)  **Fl. Area:** ___ (sq/ft)
**Depth:** ___ (ft)
**Total Site Area:** ___ [acres / square feet]
**Disturbed Area:** ___ [acres / square feet]

**OWNER:**
Name: **John San Zei**
Company: **GTX**
Address: **10807 Tucker Street**
City, State: **Beltsville MD**  Zip: **20705**
Phone #: **301-931-0061**

**OCCUPANT:**
Name: **John Lee**
Company: **Lulu**
Address: **3500 East West, Space 1024**
City, State: **Hyattsville MD**  Zip: **20782**
Phone #: ___

**CONTRACTOR:**
Name: **Jim Duncan**
Company: **Commercial Finish Group**
Address: **10310 Markinson Rd**
City, State: **Dallas TX**  Zip: **75238**
Phone #: **214-340-1114**   License #: ___

**ENG./ARCH:**
Name: ___
Company: ___
Address: ___
City, State: ___  Zip: ___
Phone #: ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT: **Matthew Uyhle** / **Michael Hachley Architects** / **301-596-5200** / [signature]
             Name                Company                    Phone #              Signature

PGC 5066 (Rev. 11/00)