Architecture
Space Planning
and Interior Design Solutions

Michael Hackley Architects

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301.596.5200  410.730.7900  fax 410.964.1305

05 May 2002

John Lee
**WHITE OAK FASHIONS**
10807 Tucker Street
Beltsville, Maryland 20705

*INVOICE NUMBER LVL-1024*

RE:         INVOICE FOR PROFESSIONAL SERVICES
PROJECT:    ELECTRONIC 3-D DRAWINGS

Professional Services Rendered:
Design and preparation of marketing materials
64 hours at $ 125.00 per hour                    $ 8000.00

TOTAL DUE THIS INVOICE:                          $ 8,000.00

NOTES:

1. Please make check payable to MICHAEL HACKLEY ARCHITECTS
2. Our federal ID number is:   52-2123612
3. Terms:       Payment is due upon receipt.
4. Should you have any questions, please do not hesitate to contact our office.