

**MICHAEL HACKLEY ARCHITECTS, PC**
5052 DORSEY HALL DRIVE, SUITE 102
ELLICOTT CITY, MD 21042-7787

395

Date 05·31·02

Pay to the
Order of John Chall                                    $ 2,500.00

Two thousand five hundred and 00/100 Dollars

**CHEVY CHASE BANK**
CHEVY CHASE, MARYLAND 20815

For balance of LVRX @ PGP

⑆255071981⑆   664373909⑈   0395   ⑆000025000⑆





EXHIBIT
18A
Hackley

P-00405