Architecture
Space Planning
and Interior Design Solutions

# Michael Hackley Architects

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301.596.5200  410.730.7900  fax 410.964.1305

7 June 2002

Mr. John Lee
**LVL X**
10807 Tucker Street
Beltsville, Maryland 20705

**FAXED TO 301.931.0060**

RE:     OUTSTANDING INVOICES

Dear John,

I received a message from you on my voice mail on June 6. Among other things, it is my understanding from your message that you do not intend to pay us in full for all of our outstanding invoices. Just so that there is no misunderstanding, be advised that we do require payment in full for all outstanding invoices that now total $14,283.09.

With regard to the following projects:

ELECTRONIC 3-D DRAWINGS
We have 64 hours of professional time that we spent on your behalf for the electronic drawings and new design concept that you requested we do for you. Those professional services were performed at your request. It is my understanding that you received and used the electronic copies of them as well as several colored hard copies. See invoice #LVL-1024 in the amount of $8,000.00. We require payment in full for that invoice.

LVL X RETAIL STORE AT PARAMUS PARK MALL
At your request we started the design and drawings for this project. I have spent over 20 hours in professional time on this project. We require payment in full for invoice # LVL-1014. We require payment in full for this invoice even if you have decided not to proceed with this project.

You made an accusation in you voice mail message that we do not trust you. That is just simply not true. Some of our invoices are now outstanding for seven weeks. We have spent ten hours of our time trying to collect payment from LVL X for these outstanding invoices with over 15 telephone calls to Sang Lee, faxes with summaries of invoices, and emails. We are a small company and we require prompt payment for our professional services in order to continue to provide more professional services to that client. I am sorry if you do not understand that, but that is the way we work. We stopped work on the Paramus Park Mall on May 29, 2002 with a faxed and mailed letter to your company on that same date. We also called your office and sent an email too.

6/16/03  EXHIBIT  37  Hackley

Page 2

*If we had received a response to our letter and an immediate payment for our invoices from you shortly after that date, we could have been finished the Paramus Park Mall LVL X store drawings by this date.*

*Please advise us when we will receive payment in the amount of $14,283.09 for all outstanding invoices.*

*Sincerely,*

*MICHAEL HACKLEY ARCHITECTS*
*R. Michael Hackley  AIA*
*Architect/President*