Architecture
Space Planning
and Interior Design Solutions

Michael Hackley Architects

5052 Dorsey Hall Drive Suite 102 Ellicott City, Maryland 21042  301.596.5200  410.730.7900  fax 410.964.1305

22 April 2002

Mr. John Lee  **INVOICE NUMBER LVL-1014**
**WHITE OAK FASHION**
10807 Tucker Street
Beltsville, Maryland 20705

RE:        INVOICE FOR PROFESSIONAL SERVICES
PROJECT:   LVL X RETAIL STORE
           PARAMUS MALL, NEW JERSEY

Retainer                          $ 2,500.00

_____

TOTAL DUE THIS DATE               $ 2,500.00

NOTES:
1. Please make check payable to MICHAEL HACKLEY ARCHITECTS.
2. Our Federal ID # is:   52-2123612.
3. Terms:  Payment is due upon receipt. Please pay promptly.
4. Should you have any questions, do not hesitate to contact us at 301.596.5200.



EXHIBIT 31
6/19/03 Hackley