Robert Michael Hackley #5227

