


Section View – Cash & Wrap, Scale: 3/4" = 1'-0"