


Front View – Cash & Wrap
Scale: 3/4" = 1'-0"