

▲ LE CORBUSIER GLASS TABLE

33.5″

88.5″

33.5″

28.5″

EXHIBIT
17C
Hockley
6/16/03

EXHIBIT
1
Brubaker
8-13-02