# Dale K. Brown
## President
## Decision Data Collection, Inc.

- Survey design and implementation
- Customer satisfaction research
- Advertising evaluation research
- Data tabulation and analysis

## PROFESSIONAL EXPERIENCE

**Decision Data Collection, Inc., 1983-Present**

Mr. Brown is co-founder, with Gary L. Brown, of Decision Data Collection, Inc. (Decision DC). Since 1983, he has been responsible for both administrative and technical aspects of a wide range of survey-based data collection projects, serving clients in both the private and public sectors, as well as for overall management of the firm.

During this 20-year period, Mr. Brown has worked with a variety of clients, ranging from universities to federal, state and local government agencies, advertising and public relations firms, Fortune 500 companies, local, national and international businesses, banking and financial institutions, professional and trade associations, and as a subcontractor to a number of research and consulting firms representing an equally wide range of clients.

Mr. Brown's role in these efforts ranges from simple oversight of the data collection process to active participation in the design of research programs and projects, the design of survey interview forms and protocols, sample design, and tabulation and analysis of results, including written reports.

Topics for which Mr. Brown has had responsibility on behalf of Decision DC's clientele include: consumer preferences; customer satisfaction measurement; advertising evaluation; consumer awareness of programs, products and services; insurance issues; health-related issues; adult day services; industry economic analyses; recreation and leisure activities; child care needs; traffic and parking planning; the use of public mass transit; and a host of others.

Decision DC, under the direction of Mr. Brown and his co-principal, has successfully completed more nearly 1,000 separate contracts, for more than 150 individual clients.

(Resume, Dale K. Brown)

### Police Executive Research Forum, 1980-1982

Prior to the founding of Decision DC, Mr. Brown was Research Director for the Police Executive Research Forum (PERF). PERF is an international professional association of chief law enforcement officers -- chiefs of police, sheriffs, directors of public safety-- in major local and state political jurisdictions having population of at least 100,000 citizens. All of PERF's members are college-educated executives who subscribe to the principle that law enforcement practices can be greatly improved through the application of sound research findings.

While at PERF, Mr. Brown was responsible for the preparation of contract and grant proposals to acquire funding for law enforcement research projects, and for direction and oversight of research activities funded by the federal government or through foundation grants. The research activities for which he was responsible during his tenure at PERF included: a statistical study of police response time to citizen calls for service, and the effects of citizen delay in reporting crimes on the ability of the police to solve those crimes; the development of a detailed, computer-based system for reporting and analyzing the characteristics of crimes, including type of crime, conditions under which it was committed, offender and victim characteristics, and a large number of other factors; the establishment of guidelines for police agencies in setting priorities (a triage system) for investigation of burglaries and robberies, based on the likelihood of their solution; and a national Ford Foundation-funded Firearms Law Enforcement Task Force, convened on a long-term basis to study local firearms laws and their relative impacts on gun-related crimes.

### Human Sciences Research, Inc., 1966-1980

For more than 14 years, Mr. Brown was associated with Human Sciences Research, Inc. (HSR), a consulting firm whose funding came almost exclusively from federal government contracts, primarily the military agencies. Mr. Brown joined HSR as a Research Assistant, and rose through the organization to become Research Associate, Research Scientist, Senior Research Scientist, and Research Director.

During his employment at HSR, Mr. Brown was actively involved in the design and implementation of numerous research projects. Activities in which he participated included: a longitudinal study of medical college admissions policies and their relationship to physician performance in practice; a study of ground transportation to and from the three local Washington (DC) airports; a study of burglaries and robberies; the development of an equal opportunity training manual, and a guidance and counseling system for use by the U.S. Army; an equal opportunity training session for the Passport Office of the U.S. Department of State; several studies of attitudes, perceptions and

TOTAL P.05

(Resume, Dale K. Brown)

behaviors of U.S. military personnel throughout the world; and several editions of the National Science Foundation's Small Business Guide to Federal R&D Funding Sources.

**Psychological Service of Pittsburgh, 1962-1966**

As Research Assistant to Dr. Ray C. Hackman, Director of Research at Psychological Service of Pittsburgh (PSP), Mr. Brown assisted Dr. Hackman in a wide variety of data collection and data analysis activities. PSP is a non-profit organization specializing in educational and pyscholgical testing and counseling, along with a strong industrial psychology and research program, serving a number of major international organizations headquartered in Pittsburgh, such as ALCOA Aluminum and USX.

**EDUCATION:**

Mr. Brown is a graduate of Bethany College (WV), with a Bachelor of Arts degree in psychology. Mr. Brown graduated with honors and with distinction on the college's required oral and written Senior Comprehensive Exam. He later pursued graduate study in clinical psychology and in social psychology at the University of Pittsburgh and The George Washington University.

**PUBLICATIONS:**

In the course of his 40 years as a professional researcher, Mr. Brown has authored or co-authored more than 30 research and policy analysis reports and documents for clients in the public and private sectors. These include major research efforts such as: "Calling the Police: Citizen Reporting of Serious Crime," co-authored (1981) with William Spelman under National Institute of Justice funding and "Military-Civilian Cooperation in Drug Abuse Control on a Local Basis" (with Herbert H. Vreeland 3rd, Marco Montoya, and William S. Edmonds, 1973), funded by the Biomedical Stress Research Division of the U.S. Army Medical R&D Command. Private sector clients' reports are much more specific, for example: "A Market Survey of the Health Insurance Industry concerning The Health Insurance Association of America's Prevailing Health Care Charges System" (1990); and "Report of Survey Results: The 1994 ANA Layoffs Survey," submitted to the American Nurses Association (ANA), 1994.