IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY, et al().        :
    Plaintiffs,              :
vs.                              :   JFM 02 CV 3363
LVL X, INC., et al.              :
    Defendants.              :

O R D E R

Having considered defendants LVL X, Inc., John Lee, and Jeffrey Way's motion for leave to file their cross motion for summary judgment, and all oppositions and replies thereto, it is this __ of _____, ____, by the United States District Court for the District of Maryland:

ORDERED: that defendants' motion for leave to file their cross motion for summary judgment is GRANTED and defendants' motion for summary judgment is hereby deemed to be filed incorporating their memorandum of points and authorities and exhibits (docket #80).

ORDERED: that because there is no genuine issue as to any material fact and defendants LVL X, Inc., John Lee, and Jeffrey Way are entitled to a judgment as a matter of law, defendants' cross motion for summary judgment is hereby GRANTED.

_____
JUDGE, The United States District Court for the Maryland District