```
CASE: 1E00223742 CR   STATUS: C  CHG DATE: 03/07/17  CC:              DIST: 05 01
TRACKING NO: 03-1001-24352-3    LOCAL ID: X0411515    DOC: SUM  ISSUED: 03/05/07
NAME: HACKLEY, ROBERT MICHAEL        DOB: 52/07/10 HT/WT: 600 195 SEX/RACE: M2
ADDR:                                DISP: TRL 03/07/17    CNSL: B    DEF:
      7513 WEATHERWORN WAY #F        TRIAL DATE:           TIME:
      COLUMBIA          MD 210460000 ROOM:         TYPE:       DATE SET:
DPAY:        DUE:         FINAL:              SID:


 TYPE   DATE    BATCH  PREP DATE/ID C COMMENT

 SUMI 030507                030507 5JC  1 SUM   ISSUED 030507 AGENCY:ZP  16
 COMM 030508                030508 5BB    SUMMONS TO HOWARD COUNTY
 SUMS 030603                030515 5BB    SUM   SERVED 030515
 KEYP 030610                030610 5CR    TRIAL KEYPOINT 10:46:07   REEL 999999
 PPTR 030610                030610 5CR    030610,1030A,G;ATTY ENT, PI WAIVED
 TCOM 030611                030610 5EH    ATTY DORE ENT APP/REQ FOR SPEEDY TRIAL/
 TCOM 030611                030610 5EH    ...NOTICE OF SERVICE OF DISC MATERIAL
 TCOM 030611                030611 5EH    CASE FWD TO SCHEDULING
 TCOM 030612                030612 5GF    CLEARED COURT DATE W/ADF

NEXT PAGE                           P/N                              PAGE 001
```



True Test Copy

*Administrative Clerk*

By: _____ Date: 8-11-03

YOU ARE HEREBY DIRECTED TO
DESTROY THIS COPY WITHIN
THIRTY DAYS FROM DATE OF ISSUE