IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | * |
| v. | * CASE NO: JFM 02 CV 3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS MICHAEL HACKLEY AND MICHAEL HACKLEY ARCHITECTS, P.C. OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Michael Hackley and Michael Hackley Architects, P.C., hereby oppose Defendants' Motion for Summary Judgment. Defendants' Motion and supporting Memorandum regarding the Copyright Infringement Count present factual representations and arguments that belie a wealth of disputed issues of material fact. Defendants' Motion raises a plethora of disputed issues of material fact that preclude a grant of summary judgment.

In support of Plaintiffs' Opposition to Defendants' Motion, they rely upon the attached Memorandum in Support of their Opposition to Defendants' Motion for Summary Judgment, including exhibits.

THEREFORE, for the reasons discussed in the contemporaneously-filed memorandum, Plaintiffs request that this Court deny Defendants' Motion for Summary Judgment.

Respectfully submitted,

Attorneys for Plaintiff

___/s/_____
Royal W. Craig Fed. Bar No. 24,546
Deborah J. Westervelt, Fed. Bar No. 26,282
Law Offices of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, Maryland 21202
(410) 385-2383

Dated: August 18, 2003