IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: JFM 02 CV3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON, | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, having appeared and opposed Defendants' Motion for Summary Judgment, it is now

ORDERED that Defendants' Motion for Summary Judgment is denied.

this _____ day of _____ 2003.

                                                                                     _____
                                                                                     Judge J. Frederick Motz
                                                                                     United States Judge
                                                                                     District of Maryland

cc.   Deborah J. Westervelt
       Royal W. Craig
       The Law Offices of Royal Craig
       10 North Calvert Street, Suite 153
       Baltimore, Maryland 21202
       dwestervelt@patent-law.org

Christopher Johns  
P.O. Box 975  
Laurel, Maryland 20707  
cmj@comcast.net

Terrence McShane  
Lee & McShane, P.C.  
1211 Connecticut Ave. N.W.  
Washington, D.C. 20036  
TMM@lee-mcshane.com