IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | * |
| v. | |
| | *    CASE NO: JFM 02 CV3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON | * |
| | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING LENGTHY EXHIBIT

    Exhibits attached to Plaintiffs, Michael Hackley Architects, P.C. and Michael Hackley's Opposition to Defendants' Motion for Summary Judgment exist only in paper form.

    Upon information and belief, the scanned file will be larger than 1.5 MB. It will be filed with the clerk's office in paper format.

    I certify that within 24 hours of the filing of this notice, I will file and serve paper copies of the documents identified above.

Attorneys for Plaintiffs,

___/s/_____
Royal W. Craig
Deborah J. Westervelt
Attorneys for Plaintiffs
Law Offices of Royal W. Craig
10 North Calvert Street, Suite 153
Baltimore, Maryland 21202
(410) 385-2383

Dated: August 18, 2003