IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL HACKLEY ARCHITECTS,** <br> **P.C. AND MICHAEL HACKLEY,** <br><br> Plaintiffs, <br><br> V. <br><br> **LVLX, INC., JOHN LEE,** <br> **COMMERCIAL FINISH GROUP,** <br> **INC., JEFFREY WAY, AND** <br> **JOHN TROUTON,** <br><br> Defendants. | * <br> * <br> * <br> * <br> *   CASE NO: JFM 02 CV 3363 <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATED MOTION TO DISMISS AGAINST DEFENDANT JOHN TROUTON

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, by their undersigned attorneys, and Defendant John Trouton, by his undersigned attorneys, collectively submit this stipulated Motion To Dismiss with prejudice all claims asserted against John Trouton in this litigation. Such dismissal of all claims against John Trouton is without prejudice to claims against the other defendants in the above-captioned action. Plaintiffs and Defendant John Trouton have negotiated and fully executed a voluntary settlement agreement and compromise of the claims between Plaintiffs and John Trouton. As the settlement is now finalized, both parties stipulate to the attached Order of Dismissal with prejudice.

\* \* \* \* \* \* \* \*

Respectfully submitted this 25th day of August, 2003,

____/s/_____
Royal W. Craig
Deborah J. Westervelt
Law Offices of Royal W. Craig, P.C.
10 North Calvert Street, Suite 153
Baltimore, Maryland  21202
(410) 385-2383
(Attorneys for Plaintiffs,
Michael Hackley Architects, P.C.
Michael Hackley)


_____
Terrence McShane
Lee & McShane, P.C.
1211 Connecticut Ave. N.W.
Suite 425
Washington, D.C. 20036
(202)530-8100
(Attorney for Defendant,
John Trouton)

*Motion to Dismiss*
*Defendant John Trouton*
*Page 2*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically this 25th day of August, 2003, to the following addressees:

Christopher Johns, Esq.
P.O. Box 975
Laurel, MD 20707

Terrence Mc. Shane, Esq.
Lee & McShane, P.C.
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

              _____/s/_____
              Deborah J. Westervelt
              The Law Offices of Royal Craig
              10 North Calvert Street
              Suite 153
              Baltimore, Maryland 21202
              410.385.2383
              410.385.2385 (facsimile)