IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MICHAEL HACKLEY ARCHITECTS,** *
**P.C. AND MICHAEL HACKLEY,**
                                            *

     **Plaintiffs,**
                                            *

**V.**
                                            *     **CASE NO: JFM 02 CV 3363**

**LVLX, INC., JOHN LEE,**
**COMMERCIAL FINISH GROUP,** *
**INC., JEFFREY WAY, AND**
**JOHN TROUTON,** *

     **Defendants.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

     Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, and Defendant John Trouton having appeared and filed their stipulated Motion To Dismiss this Case, it is now

     ORDERED that the subject case is dismissed with prejudice of all claims against defendant *John Trouton;*

     this _____ day of _____ 2003.

                                                                              _____

                                                                              Judge J. Frederick Motz
                                                                              United States Judge
                                                                              District of Maryland

cc.  Deborah J. Westervelt  
     Royal W. Craig  
     The Law Offices of Royal Craig  
     10 North Calvert Street, Suite 153  
     Baltimore, Maryland 21202  
     dwestervelt@patent-law.org

Terrence McShane  
Lee & McShane, P.C.  
1211 Connecticut Ave. N.W.  
Washington, D.C. 20036  
TMM@lee-mcshane.com

Christopher Johns  
P.O. Box 975  
Laurel, Maryland 20707  
cmj@comcast.net

*Order of Dismissal*  
*Of Defendant*  
*John Trouton*  
*Page 2*