Christopher M. Johns, Esq.
Christopher M. Johns LLC
P.O. Box 975, Laurel, MD 20707
Facsimile 301-540-5901
CMJ@comcast.net
410-984-3000
301-674-6900

August 4, 2003

Ms. Deborah Westervelt
10 North Calvert Street
Suite 153
Baltimore, MD 21202

Re:   2nd letter concerning copies of documents related to this case.

Dear Ms. Westervelt:

You have not responded to my 07-30-03 letter (attached) on whether you actually want to schedule your copy service to make copies of documents related to this case. As I asked you in my 07-30-03 letter, if you do want copies, you need to send me a letter describing which documents you want and a date and time for your copy service to pick up said documents. If you do not respond now for the 2nd time, I will assume you do not want copies.

Sincerely,

Christopher M. Johns

1

Christopher M. Johns, Esq.
Christopher M. Johns LLC
P.O. Box 975, Laurel, MD 20707
CMJ@comcast.net
Facsimile 301-540-5901
301-674-6900
410-984-3000

July 30, 2003

Ms. Deborah Westervelt
10 North Calvert Street
Suite 153
Baltimore, MD 21202

Dear Ms. Westervelt:
    I will be filing defendants' cross motion for summary judgment again today per the court clerks' request. Be advised that a corrected copy of defendants' memorandum of law will be attached thereto. One of my experts has been out of the country. I now have his report and data sheets. If you want copies of these and other documents, write and list which documents you want me to get ready for your copy service to pick up and to schedule a day and time for pick up. Thank you for your assistance in this matter.

                      Sincerely,
                      CHRISTOPHER M JOHNS LLC

                      Christopher M. Johns, Esq.



2