**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C., *et al.* : | |
| : | |
| Plaintiffs : | |
| : | |
| vs. : | Case No.:  JFM 02 CV 3363 |
| : | |
| LVLX, INC., *et al.* : | |
| : | |
| Defendants : | |

**LINE ENTERING APPEARANCE**

Please enter the appearance of Richard E. Schimel and the law firm of Budow and Noble, P.C. as co-counsel for Defendant LVLX, Inc. in the above-captioned case.

**BUDOW AND NOBLE, P.C.**


_____
Richard E. Schimel
Federal Bar #02843
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland  20814
(301) 654-0896
Attorneys for Defendant LVLX, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2003 a copy of the foregoing was electronically filed in this case and was mailed via first class mail, postage prepaid, to:

Royal W. Craig, Esq.
Deborah Westervelt, Esq.
Law Offices of Royal W. Craig
10 North Calvert Street
Suite 153
Baltimore, Maryland 21202

Christopher M. Johns, Esq.
P.O. Box 975
Laurel, Maryland 20707

Terrence McShane, Esq.
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

_____
Richard E. Schimel