UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 12, 2003

Memo To Counsel Re: Michael Hackley, et al. v. LVLX, Inc., et al.
Civil No. JFM-02-3363

Dear Counsel:

    This will confirm that another status conference will be held on October 10, 2003 at 8:30 a.m. The conference will be by telephone. I understand that plaintiff's counsel will set up the call.

    This will also confirm that plaintiff will provide to defendant on or before September 19, 2003 copies of the settlement agreements with the other defendants.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge