UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 10, 2003

Memo To Counsel Re: Michael Hackley, et al. v. LVLX, Inc., et al.
Civil No. JFM-02-3363

Dear Counsel:

This will confirm the schedule set during the conference held today.

December 19, 2003        Discovery deadline

January 17, 2004         Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c)

After the conference Mr. Johns called my office and spoke briefly with my secretary. His question was since I granted summary judgment as to count I, was discovery to proceed only as to count II? Upon learning that Mr. Johns was on the line, I immediately spoke with him and told him that I would not entertain any *ex parte* communications. If, however, I understand his question correctly, the answer to the question is obviously "yes."

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge