IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY, et al.        :
    Plaintiffs,                :
vs.                            :    JFM 02 CV 3363
LVL X, INC., et al.            :
    Defendants.                :

O R D E R

Having considered defendants LVL X, Inc., John Lee, and Jeffrey Way's motion for summary judgment on Count II, and all oppositions and replies thereto, it is this _____ of _____, _____, by the United States District Court for the District of Maryland:

ORDERED: that because there is no genuine issue as to any material fact and defendants LVL X, Inc., John Lee, and Jeffrey Way are entitled to a judgment as a matter of law, defendants' motion for summary judgment on Count II is hereby GRANTED.

_____
JUDGE, The United States District Court for the Maryland District