**LVL X. INC.**
3881 BRANCH AVE. NO. 233
HILLCREST HEIGHTS, MD 20748

65-7198/2550
9

DATE 5/14/02

PAY TO THE ORDER OF: Michael Hackley Architects    $ 1215.00

$1,215.00 DOLLARS

**CHEVY CHASE BANK**
CHEVY CHASE, MARYLAND 20815

FOR P G P Permitting fee

⑆002780⑆ ⑈255071981⑈ 094322292⑈ ⑆000121500⑆



6/16/03
EXHIBIT
43
Hackley