# PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE
## 9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
### APPLICATION FOR PLAN EXAMINATION AND PERMIT

*(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)*

**CASE #** 16554-2002

**DATE:** 5/16/02

**FOR OFFICE USE ONLY**
- [ ] ENG — Date: NC 5/17/02
- [ ] HEALTH — Date:
- [ ] FIRE — Date: 5/7/02
- [x] PERMITS — Date: 5/16/02
- [ ] WSSC

APPROVED PERMIT # (illegible)

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- *Alteration/Repair* (circled)
- Demolition
- Fire Alarm
- Fire Damage
- Fire Suppression/Hood
- General [Interior / Exterior]
- Grading [Rough / Fine]
- Installation
- Logging
- Mechanical
- New
- Raze
- Use & Occupancy
- Use & Occupancy (Temporary)
- Sign (Building)
- Sign (Ground)
- Sprinkler
- New Building (Residential)
- New Building (Non-Residential)
- Rehabilitation

**Other:** ___

**SITE USE:** Retail
(i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)

Specify Type of Structure: Retail Building

**SITE INFORMATION:**
- Site Address: 3500 East West Hwy, Space 1149
- City/Town: Hyattsville MD
- Lot: ___  Block: ___  Parcel: ___  Liber/Folio: ___
- Unit: ___  Bldg: ___  Project/Trade Name: ___
- Zip Code: 20782  Subdivision: ___
- Land Property Tax Account #: 3667493000-046

**Est. Const. Cost:** $200,000.00
- Existing Use: Retail
- Proposed Use: Retail
- Height ___ (ft)  Width ___ (ft)
- Depth ___ (ft)  Fl. Area ___ (sq/ft)
- Total Site Area: ___ [acres / square feet]
- Disturbed Area: ___ [acres / square feet]

**OWNER:**
- Name: John San Zeit (John Lee?)
- Company: LCX
- Address: 10807 Tucker Street
- City, State: Beltsville MD  Zip: 20705
- Phone #: (301) 931-0061

**OCCUPANT:**
- Name: John Lee
- Company: LuLu
- Address: 3500 East West Hwy, Space 1024
- City, State: Hyattsville MD  Zip: 20782
- Phone #: ___

**CONTRACTOR:**
- Name: Jim Duncan
- Company: Commercial Finish Group
- Address: 10310 Markinson Rd
- City, State: Dallas TX  Zip: 75238
- Phone #: (214) 342-1114  License #: ___

**ENG./ARCH.:**
- Name: ___
- Company: ___
- Address: ___
- City, State: ___  Zip: ___
- Phone #: ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

**APPLICANT** Matthew Uhle   Michael Hartley Architects   (301) 596-5200   _Matthew Uhle_ (signature)
Name                         Company                      Phone #           Signature

PGC 5066 (Rev. 11/00)

**PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE**
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
**APPLICATION FOR PLAN EXAMINATION AND PERMIT**

(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)

CASE # 16554-2002

DATE: 5/16/02

**FOR OFFICE USE ONLY — REVIEWERS**

- [ ] ENG       Date: NC
- [ ] HEALTH  Date: 5/17/02
- [ ] FIRE      Date: 5/17/02
- [x] PERMITS Date: 5/16/02   WSSC

APPROVED PE-5-02  PERMIT # 04508

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- Alteration/Repair — Fire Alarm / Fire Damage / Fire Suppression/Hood
- Demolition

Other: _____

General [Interior / Exterior]
Grading [Rough / Fine]
Installation

Logging
Mechanical
New

Sign (Building)
Sign (Ground)
Sprinkler

Raze
Use & Occupancy
Use & Occupancy (Temporary)

New Building (Residential)
New Building (Non-Residential)
Rehabilitation

**SITE USE:** Retail
(i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)

Specify Type of Structure (ie, Deck, Fence, Garage, Pool, Roof, Shed, Tank): Retail Building

**SITE INFORMATION:**
Site Address: 3500 East West Hwy, Space 1149
City/Town: Hyattsville MD     Zip Code: 20782

Lot: ___  Block: ___  Unit ___  Bldg. ___  Parcel: ___  Liber/Folio: ___  Project/Trade Name: ___  Subdivision: ___

Land Property Tax Account #: 3667493000-096

Est. Const. Cost: $ 200,000.00
Existing Use: Retail
Proposed Use: Retail
Height ___ (ft) Width ___ (ft)  [acres / square feet]
Depth ___ (ft) Fl. Area ___ (sq/ft)
Total Site Area: ___  [acres / square feet]
Disturbed Area: ___

**OWNER:**
Name: John Lee San Zeit
Company: GFX
Address: 10807 Tucker Street
City, State: Beltsville MD   Zip: 20705
Phone #: (301) 931-0061

**OCCUPANT:**
Name: John Lee
Company: LuLu
Address: 3500 East West, Space 1024
City, State: Hyattsville MD  Zip: 20782
Phone #: ___

**CONTRACTOR:**
Name: Jim Duncan
Company: Commercial Finish Group
Address: 10310 Markinson Rd
City, State: Dallas TX  ZIP: 75238
Phone #: (214) 340-1114   License #: ___

**ENG./ARCH.:**
Name: ___
Company: ___
Address: ___
City, State: ___  Zip: ___
Phone #: ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT: Matthew Unkle    Michael Hachley Architects    (301) 596-5200    Signature: Matthew Unkle
                Name                        Company                    Phone #

PGC 5066 (Rev. 11/00)

# PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
## APPLICATION FOR PLAN EXAMINATION AND PERMIT

(PLEASE PRINT W/ BLACK OR BLUE INK. OR TYPE.)

CASE # 16554-2002       DATE: 5/16/02

**FOR OFFICE USE ONLY — REVIEWERS**
- [ ] ENG      Date: NC  5/17/02
- [ ] HEALTH   Date: [signature]
- [ ] FIRE     Date: 5/1/02
- [X] PERMITS  Date: 5/16/02  WSSC

APPROVED — PERMIT # [illegible]

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- Fire Alarm
- **Alteration/Repair**
- Fire Damage
- Demolition
- Fire Suppression/Hood
- General [Interior / Exterior]
- Grading [Rough / Fine]
- Installation
- Logging
- Mechanical
- New
- New Building (Residential)
- New Building (Non-Residential)
- Rehabilitation
- Raze
- Use & Occupancy
- Use & Occupancy (Temporary)
- Sign (Building)
- Sign (Ground)
- Sprinkler

Other: _____

**SITE USE:** Retail
(i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)

Specify Type of Structure (i.e., Deck, Fence, Garage, Pool, Roof, Shed, Tank): Retail Building

**SITE INFORMATION:**
Site Address: 3500 East West Hwy, Space 1149
City/Town: Hyattsville MD    Zip Code: 20782

Lot: ___  Block: ___  Parcel: ___  Liber/Folio: ___  Bldg. ___  Unit ___

Project/Trade Name: ___   Subdivision: ___

Land Property Tax Account #: 3667493000-096

**Est. Const. Cost:** $200,000.00
Existing Use: Retail
Proposed Use: Retail
Height: ___ (ft)  Width: ___ (ft)  Fl. Area: ___ (sq/ft)
Depth: ___ (ft)
Total Site Area: ___ [acres / square feet]
Disturbed Area: ___ [acres / square feet]

**OWNER:**
Name: John Lee San Zen
Company: GFX
Address: 10807 Tucker Street
City, State: Beltsville MD   Zip: 20705
Phone #: (301) 931-0061

**OCCUPANT:**
Name: John Lee
Company: Lulu
Address: 3500 East West, Space 1024
City, State: Hyattsville MD   Zip: 20782
Phone #: ( )

**CONTRACTOR:**
Name: Jim Dungan
Company: Commercial Finish Group
Address: 10310 Markinson Rd
City, State: Dallas TX   Zip: 75238
Phone #: (214) 340-1114   License #: ___

**ENG./ARCH.:**
Name: ___
Company: ___
Address: ___
City, State: ___   Zip: ___
Phone #: ___

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT: Matthew Uuhle   Michael Hachley Architects   (301) 596-5200   [signature] Matthew Uuhle
            Name              Company                    Phone #           Signature

PGC 5066 (Rev. 11/00)