

FOR PMT. ONLY 7/2/02

~~Michael Hackley Architects~~

~~5052 Dorsey Hall Drive · Ellicott City, Maryland 21042~~
~~410.730.7000 · Fax 410.884.1000 E-mail mhackleyarchitects@prodigy.net~~

Sheet Title:

ARCHITECTURAL
CONSTRUCTION PLAN
SCHEDULES
WALL TYPES

| | |
|---|---|
| Scale: | AS NOTED |
| Date: | MAY-13-02 |
| Project Number: | 02249-11 |
| Drawn By: | STAFF |

Sheet Number:

A.1

Total Sheets This Project:

## PROFESSIONAL OF RECORD

EARL F. McKINNEY
2020 LIBERTY ROAD  SUITE 105
LEXINGTON, KY.
TEL. (859) 252-3255
FAX (859) 252-1587

## CONTRACTOR

~~TO BE SELECTED~~

COMMERCIAL FINISH GROUP, INC
11969 PLANO RD., SUITE 190
DALLAS, TX 75243
TELEPHONE: (214) 342-1114
FAX: (214) 342-1116

Drawing Index

ARCHITECTURAL . MICHAEL HACKLEY ARCHITECTS

|  | |
|---|---|
| | COVER SHEET |
| A.1 | ARCHITECTURAL CONSTRUCTION PLAN / SCHEDULES / WALL TYPES |
| A.2 | FLOOR FINISHES PLAN / FLOOR DETAILS FINISHES SPECIFICATIONS |
| A.3 | REFLECTED CEILING PLAN / LIGHT SCHEDULE |
| A.4 | STOREFRONT PLAN / STOREFRONT ELEVATION |
| A.5 | INTERIOR ELEVATIONS / ENLARGED PLANS |
| A.6 | CASH + WRAP DETAILS / RESTROOM ELEVATIONS ACCESSORY SCHEDULE / DETAILS |
| A.7 | DETAILS / ENLARGED PLANS |
| A.8 | TELEVISION TOWER DETAILS SECTIONS THRU STOREFRONT |

ELECTRICAL . EARL F. MCKINNEY

|  | |
|---|---|
| E.1 | ELECTRICAL POWER PLAN |
| E.2 | ELECTRICAL POWER PLAN |
| E.3 | ELECTRICAL LIGHTING |
| E.4 | ELECTRICAL LIGHTING |
| E.5 | ELECTRICAL DETAILS |

MECHANICAL . EARL F. MCKINNEY

|  | |
|---|---|
| M.1 | HVAC PLAN |
| M.2 | HVAC PLAN |
| M.3 | PLUMBING PLAN AND HVAC DETAILS |

[Stamp: BOARD OF ARCHITECTS 9261 JEFFREY S. WAY STATE OF MARYLAND] — "FOR PERMIT ONLY 7/25/02"

# Michael Hackley Architects

25430-2002

5052 Dorsey Hall Drive . Suite 102 . Ellicott City, Maryland 21042

410.730.7000 . Fax 410.964.1305 E-mail mhackleyarchitects@prodigy.net