IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, <br><br> Plaintiffs, <br><br> v. <br><br> LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON, <br><br> Defendants. | * <br> * <br> * <br> *   CASE NO:  JFM 02 CV 3363 <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS MICHAEL HACKLEY AND MICHAEL HACKLEY ARCHITECTS, P.C. OPPOSITION TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Michael Hackley and Michael Hackley Architects, P.C. submit their Opposition to Defendants' Second Motion for Summary Judgment.  As grounds for their motion, Defendants aver numerous disputed facts as undisputed, making this Count not ripe for summary judgment.

In support of Plaintiffs' Opposition to Defendants' Second Motion for Summary Judgment, Plaintiffs rely upon the attached Memorandum in Support of Plaintiffs' Opposition to Defendants' Second Motion for Summary Judgment, including exhibits.

THEREFORE, for the reasons discussed in the contemporaneously-filed memorandum, Plaintiffs request that this Court deny Defendants' Second Motion for Summary Judgment.

                          Respectfully submitted,

                          Attorneys for Plaintiff

                          ___/s/_____
                          Royal W. Craig Fed. Bar No. 24,546
                          Deborah J. Westervelt, Fed. Bar No. 26,282
                          Law Offices of Royal W. Craig
                          10 North Calvert Street
                          Suite 153
                          Baltimore, Maryland 21202
                          (410) 385-2383

Dated: February 2, 2004