IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL HACKLEY ARCHITECTS, P.C. AND MICHAEL HACKLEY, | * |
| | * |
| Plaintiffs, | * |
| v. | * |
| | *   CASE NO: JFM 02 CV3363 |
| LVLX, INC., JOHN LEE, COMMERCIAL FINISH GROUP, INC., JEFFREY WAY, AND JOHN TROUTON | * |
| | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs Michael Hackley Architects, P.C. and Michael Hackley, having appeared and opposed Defendants' Second Motion for Summary Judgment as to Count II of Plaintiffs' Complaint, it is now

ORDERED that Defendants' Second Motion for Summary Judgment is denied.

this _____ day of _____ 2004.

                                                                    _____
                                                                    Judge J. Frederick Motz
                                                                    United States Judge
                                                                    District of Maryland

cc.   Deborah J. Westervelt
       Royal W. Craig
       The Law Offices of Royal Craig
       10 North Calvert Street, Suite 153
       Baltimore, Maryland 21202
       dwestervelt@patent-law.org

Christopher Johns
P.O. Box 975
Laurel, Maryland 20707
cmj@comcast.net

Richard E. Schimel
Budow & Noble PC
7201 Wisconsin Ave. Ste 600
Bethesda, Maryland 20814
rschimel@budownoble.com