Vicinity Map

ALL INTERIOR SURFACES, TOTAL GLASS AND FRAME
TO THE OCCUPANCY OF OWNER. DEBRIS, SURPLUS
ED BY THE CONTRACTOR PRIOR TO CLEANING

R IN APPROVED AREAS AS ARRANGED, WHILE

IS ACCESS, AND FOR RESTRICTING AND
) GENERATED BY CONSTRUCTION.

E SHOWN ON THE DRAWINGS AS PART OF THE
XX SPECIFICALLY NOTED OTHERWISE.

BE SUBJECT TO THE OBSERVATION OF THE
THE OWNER, AND ANY WORK FOUND NOT TO BE IN
E WITH GOOD CONSTRUCTION STANDARDS BY
CONTRACTOR'S EXPENSE.

AWINGS FOR APPROVAL, IN PARTICULAR PAINT
NATE, LIGHT FIXTURE CATALOG CUTS, MILL-
I PLUMBING, MECHANICAL, AND ELECTRICAL
LY FROM THE CONTRACTOR MINIMUM
IES, QUADRUPLICATE FOR LITERATURE, CUTS,
S.

MUST BE APPROVED, IN DRAWING, IN ADVANCE
RIALS SHALL BE USED WHICH DO NOT EQUAL THE
IGS

AL HAS BEEN GIVEN, ANY MATERIAL REQUIRING
> OR INCORPORATED INTO THE WORK. THE
LES WILL NOT PRECLUDE THE REJECTION OF ANY
CTS IN SAME PRIOR TO THE FINAL ACCEPTANCE
) THE GUARANTEE PERIOD.

DRAWINGS, MATERIAL LISTS, MANUFACTURER'S
PORTATION SHALL BE SUBMITTED IN SUFFICIENT
TION AND ACTION ON SAME BEFORE ANY
MITTALS REPRESENT ARE DELIVERED TO THE
OR WILL BE HELD RESPONSIBLE FOR ANY DELAY
I MAY BE DUE TO THIS FAILURE TO OBSERVE
FOR COMPLETION OF HIS CONTRACT WILL NOT
IS FAILURE TO SUBMIT SAMPLES AND SHOP
ORDANCE HEREWITH.

TINGUISHERS AS DIRECTED BY THE FIRE MARSHALL

AND DELIVER TO THE OWNER IN DUPLICATE,
UARANTEE COVERING ALL WORK THAT THE
CONTRACT DOCUMENTS. UNLESS OTHERWISE NOTED,
PERIOD OF ONE YEAR FROM THE DATE OF FINAL
T. NEITHER THE CERTIFICATE OF FINAL PAYMENT,
WNER, OR ANY PROVISION OF THE CONTRACT
TRACTOR OR ANY SUBCONTRACTOR OF HIS
TEE. THE CONTRACTOR SHALL FURNISH ONE COPY
HE IS PAYING FOR.

ALL WORK AND MATERIALS TO BE FURNISHED
L LIENS, CHARGES AND ENCUMBRANCES OF EVERY
EXECUTED WAIVER OF LIENS SHALL BE
EACH PROGRESS AND FINAL PAYMENT.

Code Analysis

| OCCUPANCY | COVERED MALL | NO CHANGE |
|---|---|---|
| USE GROUP | GROUP M (RETAIL) | NO CHANGE |
| CONSTRUCTION TYPE | TYPE 2C, NON-COMB. SPRINKLERED | NO CHANGE |
| SPRINKLERED | YES/MONITORED | NO CHANGE |
| TENANT-GROSS | | |
| S.F. | 6,95. S.F. | NO CHANGE |
| COVERED MALL | YES | NO CHANGE |
| OCCUPANT LOAD | | NO CHANGE |
| 30/SF PER PERSON | 231 | |

NOTE: NUMBER OF EMPLOYEES = 4

Drawing Index

| ARCHITECTURAL . MICHAEL HACKLEY ARCHITECTS | |
|---|---|
| | COVER SHEET |
| A1 | ARCHITECTURAL CONSTRUCTION PLAN / SCHEDULES / WALL TYPES |
| A2 | FLOOR FINISHES PLAN / FLOOR DETAILS FINISHES SPECIFICATIONS |
| A3 | REFLECTED CEILING PLAN / LIGHT SCHEDULE |
| A4 | STOREFRONT PLAN / STOREFRONT ELEVATION |
| A5 | INTERIOR ELEVATIONS / ENLARGED PLANS |
| A6 | CASH + WRAP DETAILS / RESTROOM ELEVATIONS ACCESSORY SCHEDULE / DETAILS |
| A7 | DETAILS / ENLARGED PLANS |
| A8 | TELEVISION TOWER DETAILS SECTIONS THRU STOREFRONT |
| ELECTRICAL . EARL F. MCKINNEY | |
| E1 | ELECTRICAL POWER PLAN |
| E2 | ELECTRICAL POWER PLAN |
| E3 | ELECTRICAL LIGHTING |
| E4 | ELECTRICAL LIGHTING |
| E5 | ELECTRICAL DETAILS |
| MECHANICAL . EARL F. MCKINNEY | |
| M1 | HVAC PLAN |
| M2 | HVAC PLAN |
| M3 | PLUMBING PLAN AND HVAC DETAILS |



Michael Hackley Architects

25430-2002

5052 Dorsey Hall Drive . Suite 102 . Ellicott City, Maryland 21042
410.730.7000 . Fax 410.964.1305 E-mail mhackleyarchitects@prodigy.net

LVL X PGP