# PRINCE GEORGE'S COUNTY
## DEPARTMENT OF ENVIRONMENTAL RESOURCES
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD, 20774 (301) 883-5784
### PERMITS OFFICE

## PERMIT APPLICATION



**ACTIVITY:** CUI (COMMERCIAL INTERIOR/USE)
**WORK DESCRIPTION:** GENERAL INTERIOR ALTERATIONS WITH USE
**USE TYPE:** Apparel/Accessories
**EXISTING USE:** MEN'S RETAIL SHOP/BOOK STORE
**PROPOSED USE:** WOMEN'S RETAIL SHOP

**LOT:**
**BLOCK:**
**PARCEL:**

**SITE ADDRESS:**
3500   EAST WEST   HWY   #1024
WEST HYATTSVILLE        20782

**PROJECT NAME:** LVL X INTERIOR ALTERATION WITH U&O
**SUBDIVISION:** PRINCE GEORGES   PLAZA-RSB PAR A>

**EST. CONSTRUCTION COST:** $ 200,000.00
**ELECTION DISTRICT:** 17
**PROPERTY TAX ACCOUNT #:** 3234804

| OWNER | OCCUPANT | CONTRACTOR | ARCHITECT |
|---|---|---|---|
| SAMUEL ZELL | JOHN LEE | COMMERCIAL FINISH GROUP INC | A+ ARCHITECT INC |
| 3500 EAST WEST HWY | 10807 TUCKER ST | 11969 PLANO RD | 6201 RIVERDALE RD |
| HYATTSVILLE MD 20782 | BELTSVILLE MD 20705 | #190 DALLAS TX 75243 | #320 RIVERDALE MD 20737 |

I hereby certify that I have permission of the property owner to submit this application on his/her behalf and that the information is complete and correct.

**APPLICANT**
NAME: RON REESE
COMPANY: COMMERCIAL FINISH GROUP INC
PHONE: (210) 827 - 6801
SIGNATURE: _[signature]_

**PRINCE GEORGE'S COUNTY • DEPARTMENT OF ENVIRONMENTAL RESOURCES • PERMIT'S OFFICE**
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD. 20774 (301) 883-5784
**APPLICATION FOR PLAN EXAMINATION AND PERMIT**

(PLEASE PRINT W/ BLACK OR BLUE INK OR TYPE)

CASE #: 25430-2002-00    DATE: 07 / 25 / 02

FOR OFFICE USE ONLY REV/EWER:
- [ ] ENG    Date: _____
- [ ] HEALTH    Date: _____
- [ ] FIRE    Date: 7/25/02    M-NCPPC
- [ ] PERMITS    Date: _____    DPW&T
                                MSSC

**ACTIVITY:** (Circle option for permit desired.)
- Addition
- Alteration/Repair
- Demolition
- Fire Alarm
- Fire Damage
- Fire Suppression/Hood
- General (Interior) / Exterior
- Grading (Rough / Final)
- Installation
- Logging
- Mechanical
- New
- New Building (Residential)
- New Building (Non-Residential)
- Rehabilitation
- Sign (Building)
- Sign (Ground)
- Sprinkler

Other: _____

**SITE USE:** (i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family House, Shopping Mall, Townhouse, Warehouse)

Specify Type of Structure (i.e., Deck, Fence, Garage, Pool, Roof, Shed, Tank): _____

**SITE INFORMATION:**
Site Address: 3500 East/West Hwy
City/Town: Hyattsville    Zip: 20782

Lot: 1024    Block: _____    Plat: _____    Parcel: _____    Liner/Folio: _____
Land Property Tax Account #: 323-4804
Project / Trade Name: Level X (Level 10)    Subdivision: _____

Base Use & Occupancy: _____    Use & Occupancy (Temporary)
Est. Const. Cost: $ 200,000
Existing Use: Men Rest/Basketball
Proposed Use: Women Retail
Height: ____ (ft)    Width: ____ (ft)    [sq ft]
Depth: ____ (ft)    Fl. Area: ____
Total Site Area: ____ [acres / square feet]
Disturbed Area: ____ [acres / square feet]

**OWNER:**
Name: Samuel Zell
Company: _____
Address: 3500 East/West Hwy
City, State: Hyattsville    Zip: 20782
Phone: (301) 559-8444

**OCCUPANT:**
Name: John Lee
Company: LVL X (Level 10)
Address: 10472 Tucker Str
City, State: Beltsville    Zip: 20705
Phone: (301) 931-0460

**CONTRACTOR:**
Name: Ron Reese - Supt.
Company: Commercial Finish Group Inc
Address: 11969 Plano Rd #190
City, State: Dallas, Tx    Zip: 75243
Phone: (214) 342-1114    License #: 03651465

**ENGINEER/ARCHITECT:**
Name: Jeffrey Way
Company: A+ Architect Inc
Address: 6201 Riverdale Rd #300
City, State: Riverdale, MD    Zip: 20737
Phone: (301) 277-2650

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT: Ron Reese - Supt - Commercial Finish Group, Inc, 210, 827-6801    
Name    Company    Phone #    Signature

PGC 5035 (Rev. 11/98)