```
                                                                    1

  1                IN THE UNITED STATES DISTRICT COURT

  2                     FOR THE DISTRICT OF MARYLAND

  3        -----------------------------X

  4        MICHAEL HACKLEY ARCHITECTS,    :

  5        P.C. and MICHAEL HACKLEY,      :

  6               Plaintiffs,             :

  7               v.                      : Case No.:

  8        LVLX, INC., JOHN LEE,          : JFM 02 CV 3363

  9        COMMERCIAL FINISH GROUP, INC., :

 10        JEFFREY WAY, AND JOHN TROUTON, :

 11               Defendants.             :

 12        . . . . . . . . . . . . . . . .

 13                Deposition of ROBERT MICHAEL HACKLEY

 14                       Baltimore, Maryland

 15                       Monday, June 16, 2003

 16                            10:05 a.m.

 17

 18        Job No.:  1-18010

 19        Pages 1 - 211, Volume I

 20        Reported by Patricia A. Kaneshiro-Miller

 21

 22
```



L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

OF ROBERT MICHAEL HACKLEY
ON MONDAY, JUNE 16, 2003

148

1          ▓▓▓▓▓▓ conversation with John Lee
2   about t▓▓▓▓▓▓ of these invoices.
3          Q    ▓▓▓▓ conversations did you have with
4   anybody in his office about the summary of
5   invoices?
6          A    I had no conversations with anybody in
7   his office about the summary of these invoices.
8          Q    Is it a long-distance call between you
9   and Mr. Lee or LVLX from your office?
10         A    I don't remember for sure, but I would
11  say I don't think so.
12         MR. JOHNS:   Mark this 37.
13     (Deposition Exhibit 37 was marked for
14  identification and was retained by counsel)
15  BY MR. JOHNS:
16         Q    Handing you what has been marked as
17  Exhibit 37.  That's your letter; isn't it?
18         A    Yes, it looks like my letter of
19  June 7th.
20         Q    And it is concerning outstanding
21  invoices; right?
22         A    Yes.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4799  (301) 762-8282  (703) 288-0026  (410) 539-3664



149

Q   And nowhere in that letter does it say that PGP2 or the plans for that is an outstanding invoice; isn't that correct?  Yes or no?

A   In a way, it does, because the balance due is $14,283.09, and the amount that is owed to us is in there.

Q   Well -- but the rendering -- it says that the rendering for $8,000 is outstanding; doesn't it?

A   No.

Q   Well, it says here outstanding invoices under RE, and it says here "Electronic 3D drawings, we have 64 hours of professional time that we spent on your behalf for the electronic drawings and new design concept that you requested we do for you."

(Brief discussion off the record)

BY MR. JOHNS:

Q   It says, "it is my understanding that you received and used the electronic copies of them as well as several colored hard copies. See invoice #LVL-1024 in the amount $8,000. We require payment in full for that invoice."