# PRINCE GEORGE'S COUNTY

## PERMIT

**DEPARTMENT OF ENVIRONMENTAL RESOURCES**
**PERMITS AND REVIEW DIVISION**
9400 PEPPERCORN PLACE, LARGO, MD 20774

ISSUANCE DATE : Jun-13-2002        EXPIRATION DATE :

**PROPERTY OWNER**
SAMUEL ZELL
2500 EAST WEST HWY
WEST HYATTSVILLE, MD 20782

**OCCUPANT**
WPA
2500 EAST WEST HWY
WEST HYATTSVILLE, MD 20782

**CONTRACTOR**
COMMERCIAL INTERIORS GROUP
10310 MCKINNON RD
DALLAS, MD 75238
LICENSE NUMBER :

**ARCHITECT**

TYPE OF PERMIT :                CUW (COMMERCIAL INTERIOR/USE WALK THRU)
WORK DESCRIPTION :              revised to restamp plans and engineer plans
EXISTING USE :                  RETAIL
USE (MNCPPC ZONING) :           RETAIL ONLY
SUBDIVISION :                   PRINCE GEORGES   PLAZA-RSB PAR A>

OWNERSHIP :
LIBER : 06320                   HEIGHT  FT :         OCCUPANCY LOAD :        ELECTRICITY :
FOLIO : 321                     WIDTH   FT :         SITE CERTIFICATE :   N  CENTRAL A/C :
ED/ACCT NO. : 17 / 3234804      DEPTH   FT :         STRUCTURE CERT. :    N  ELEVATOR :
LOT :                           NO STORIES :         SEWER :                 ESCALATOR :
BLOCK :                         DWELL UNITS :        WATER :                 BASEMENT :
TAX MAP : 041                   PARKING SP : 3583    HEATING :               BOILER NUMBER :
SCD :                           LIVE LOAD :          PARCEL :                CBCA :         N
SPEC EXCEPT :                   USE GROUP :                                  HISTORICAL :
                                TYPE CONST :                                 SIGN NUMBER :  N

THIS PERMIT IS VOID TWENTY FOUR (24) MONTHS FROM DATE ISSUED IF CONSTRUCTION HAS NOT STARTED, OR HAS
BEEN SUSPENDED OR DISCONTINUED FOR A PERIOD OF SIX (6) MONTHS OR UNLESS OTHERWISE INDICATED.

INSPECTION AREA :   1           INSPECTION APPROVALS

APPROVED :

| BUILDING INSPECTOR | HEATING | ELECTRICAL | PLUMBING |
|---|---|---|---|

BUILDING CODE OFFICIAL        FIRE MARSHALL

## Receipt 1

**Prince George's County, Maryland**
**Department of Environmental Resources**
9400 Peppercorn Place, #600
Largo, Maryland 20774

m: JASON BONNET
$ 10.00    Permit No: 16554-2002-01
e: LVLX
6/12/02    By H.C

Cash $10.00
01A01#0172DER
PGCG 03:40PM06-12-02

### Code

| | | | |
|---|---|---|---|
| s | GF01 420605 541205 | Public Stormdrain Review | EF49 420699 541503 |
| ions | GF01 440817 541205 | Re-Inspection | GF01 460104 541102 |
| station | EF49 460624 541505 | School Surcharge | GF01 440844 541102 |
| | GF01 420134 541102 | Signs | GF01 420606 541102 |
| | EF49 420131 541503 | Stormdrain Revision | EF49 420699 541503 |
| | GF01 420132 541102 | SWM Concept Fee-In-Lieu | EF49 460623 541503 |
| rcial | GF01 420112 541102  10 | Tree Preservation | EF49 460632 541506 |
| tial | GF01 420102 541102 | U&O | GF01 420121 541102 |
| rcial | GF01 420111 541102 | Misc Fee Collections | EF49 460602 541503 |
| tial | GF01 420101 541102 | Bid Documents, Manuals, etc. | EF49 460531 541503 |
| ing | GF01 255220 888888 | Cash Bonds | GF01 255221 888888 |
| drain Review | EF49 420699 541503 | | |

White – File    Canary – Reviewer    Pink – Customer    Goldenrod – Cashier

1028A (Rev. 3/99)

TOUCAN BUSINESS FORMS INC. (301) 858-6020    808776

## Receipt 2

**Prince George's County, Maryland**
**Department of Environmental Resources**
9400 Peppercorn Place, #600
Largo, Maryland 20774

d from: JOHN LEE
n of $ 35.00    Permit No: 16554-2002-01
Name: LVLX USE
6/13/02    By H.C

Cash $35.00
01A01H0247DER
PGCT 03:46PM06-13-02

### Code

| | | | |
|---|---|---|---|
| orestation | EF49 460624 541505 | School Surcharge | GF01 440844 541102 |
| | GF01 420134 541102 | Signs | GF01 420606 541102 |
| | EF49 420131 541503 | Stormdrain Revision | EF49 420699 541503 |
| on | GF01 420132 541102 | SWM Concept Fee-In-Lieu | EF49 460623 541503 |
| nercial | GF01 420112 541102 | Tree Preservation | EF49 460632 541506 |
| lential | GF01 420102 541102  35 | U&O | GF01 420121 541102 |
| nercial | GF01 420111 541102 | Misc Fee Collections | EF49 460602 541503 |
| lential | GF01 420101 541102 | Bid Documents, Manuals, etc. | EF49 460531 541503 |
| nning | GF01 255220 888888 | Cash Bonds | GF01 255221 888888 |
| rmdrain Review | EF49 420699 541503 | Pond Fee | EF49 460629 541503 |

**PRINCE GEORGE'S COUNTY * DEPARTMENT OF ENVIRONMENTAL RESOURCES * PERMITS OFFICE**
9400 PEPPERCORN PLACE, SUITE 600, LARGO, MD 20774 (301) 883-5784
**APPLICATION FOR PLAN EXAMINATION AND PERMIT**

(PLEASE PRINT W/ BLACK OR BLUE INK, OR TYPE)

CASE # 1105H 2002 - 01     DATE: 6 / 12 / 02

FOR OFFICE USE ONLY * REVIEWER:
[ ] ENG     Date: _____     [ ] M-NCPPC
[ ] HEALTH  Date: _____     [ ] DPW&T
[ ] FIRE    Date: _____     [ ] WSSC
[X] PERMITS H.C.  Date: _____

**ACTIVITY:** (Circle option for permit desired.)
Addition            General [Interior / Exterior]    Logging           Sign (Building)
Alteration/Repair   Fire Alarm                       Mechanical        Sign (Ground)
Demolition          Fire Damage    Grading [Rough / Fine]              Sprinkler
                    Fire Suppression/Hood   New Building (Residential)
                    Installation            New Building (Non-Residential)
Other: _____   Specify Type of Structure (i.e., Deck, Fence, Garage, Pool, Roof, Shed, Tank): _____
                    (Rehabilitation - circled)

**SITE USE:** Retail
(i.e., Apartment, Bank, Car Wash, Church, Dance Hall, Grocery Store, Hospital, Library, Parking Lot, Single Family Home, Shopping Mall, Townhouse, Warehouse)

**SITE INFORMATION:**
Site Address: 3500 East-West Hwy
City/Town: Hyattsville, MD ~~20783~~    Zip Code: 20782

Lot: ____  Block: ____  Parcel: ____  Liber/Folio: ____  Land/Property Tax Account #: ##
Unit: ____  Bldg: ____  Project/Trade Name: ____  Subdivision: ____

**OWNER:** John Lee
Name: John Lee
Company: LVL X
Address: 10807 Tucker St
City, State: Beltsville MD 20705   Zip: 20705
Phone #: (301) 931-0061

**OCCUPANT:**
Name: LVL X
Company: LVL X
Address: 3500 East-West Hwy
City, State: Hyattsville MD 20782   Zip: 20782
Phone #: (301) 931-0061

**CONTRACTOR:**
Name: ##
Company: CFG
Address: 11969 Plano Rd, Suite 1
City, State: Dallas TX 75243   Zip: 75243
Phone #: ____  License #: ____

I hereby certify that I have authority of the property owner to make this application and that the information is complete and correct.

APPLICANT   Jason Bonnet    LVL X    (301) 523-0432    L

# DEPARTMENT OF ENVIRONMENTAL RESOURCES
## PERMITS OFFICE
### TRANSMITTAL SHEET

Permit Number: 165542002    Rev #: 01    Date: 6/12/02

Address: 3500 East-West Hwy    Subdivision: _____

Hyattsville, MD 20782    Project: _____

\*\*\*

**Application/Permit Action:**

- ___ Bond Change
- ___ Contractor Change
- ___ House Type Change
- ___ Ownership Change
- ___ Plan(s) Change [per permittee]
- ___ Plan(s) Change [per review agencies]
- ___ Renewal
- X Other

\*\*\*

Revised Plans/Documentation Submitted: (Please check appropriate ___ and note plan/document number)

| ___/___ Architectural | ___/___ Landscape | ___/___ Structural |
| ___/___ CIP Agreement | ___/___ Mechanical | ___/___ Tree Conservation |
| ___/___ Electrical | ___/___ Sediment Control | ___/___ |
| ___/___ Fire | ___/___ Site/Plot | ___/___ |

Details/Comments: change ~~#~~ ^applicant ~~architect~~ Name

Submitted By: Jason Bonnet    Company: LVL X

Address: 10807 Tucker St, Beltsville, MD 20705

Phone Number: 301-523-0432

Signature: [signed]

PAS 2/99