**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 23, 2004

Memo To Counsel Re: Michael Hackley, et al v. LVLX, Inc., et al.
Civil No. JFM-02-3363

Dear Counsel:

A hearing on all pending motions will be held at 10:00 a.m. on March 9, 2004 in courtroom 5A.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge