IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL HACKLEY　　　　　　*
ARCHITECTS, ET AL.　　　　　　*
　　　　　　　　　　　　　　　*
　　　　　v.　　　　　　　　　*　　Civil No. JFM-02-3363
　　　　　　　　　　　　　　　*
LVLX, INC., ET AL.　　　　　　*
　　　　　　　　　　　　　*****

ORDER


For the reasons stated on the record today, it is, this 9th day of April 2004

ORDERED

1.  Defendants' second motion for summary judgment is granted;

2.  The rulings previously made by this court are incorporated by reference herein; and

3.  Judgment is entered in favor of defendants against plaintiffs.




　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　United States District Judge